UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim No. 10-320 (RMC) |
| | : | |
| v. | : | |
| | : | |
| THOMAS ANDERSON BOWDOIN JR., | : | |
| also known as "ANDY BOWDOIN" | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF FILING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached correspondence dated April 17th, 2012, regarding the Government's notice of intent to introduce evidence of the Defendant's uncharged misconduct pursuant to Federal Rule of Evidence 404(b), be made part of the record in this case.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447889

By:    _____/s/_____
SETH B. WAXMAN
N.Y. Bar Number 4324638
Assistant United States Attorney
Fraud and Public Corruption Section
United States Attorney's Office
555 4th Street, N.W., Rm. 5235
Washington, DC 20530
(202) 252-7234
seth.waxman@usdoj.gov