

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 27, 2012

**VIA FIRST CLASS MAIL**

Michael McDonald
5150 Tamiami Trail North, Suite 501
Naples, FL 34103

Charles A. Murray, Esq.
27911 Crown Lake Blvd., Suite 223
Bonita Springs, Florida 34135

Re:   <u>United States v. Thomas Anderson Bowdoin, Jr.</u>, Crim No. 10-320 (RMC)
      **Government's Second Notice Pursuant to Fed. R. Evid. 404(b)**

Dear Mr. Murray:

        We write to provide notice that the government intends to introduce additional evidence of uncharged misconduct against your client at trial in <u>United States v. Thomas Anderson Bowdoin, Jr.</u>, Crim No. 10-320 (RMC).   This evidence is in addition to the evidence disclosed in the Government's First Notice Pursuant to Fed. R. Evid. 404(b) dated April 17, 2012 (hereinafter referred to as the "Government's First Notice").   The evidence disclosed in this notice relates to additional prior criminal conduct that is relevant to misstatements and omissions of material facts made by Thomas Anderson Bowdoin, Jr. ("Bowdoin") to ASD investors.

        The government again submits, in the first instance, that the evidence relating to these misstatements and omissions of material facts constitutes direct evidence of the crimes charged in the indictment; therefore, Federal Rule of Evidence 404(b) notice is not required.   To the extent the Court declines to admit the evidence as direct evidence of the charged offenses, the government submits that the evidence it seeks to introduce is inextricably intertwined with the charged offenses. Thus, again, Fed. R. Evid. 404(b) notice is not required because the evidence the government seeks to introduce is part of, and facilitated, the charged offenses.   If the Court declines to admit the evidence described below on either of these two bases, the government intends to introduce the evidence under Fed. R. Evid. 404(b), as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake or accident, or other such proper purpose.   Thus, the

1

government hereby gives notice that it also intends to introduce the evidence described below pursuant to Fed. R. Evid. 404(b).

Consistent with the Government's First Notice, the government intends to introduce evidence that Bowdoin misstated and failed to disclose certain material facts to ASD investors during the course of the scheme to defraud alleged in the indictment (note: hereinafter, ASD collectively refers to Ad Surf Daily, Ad Cash Generator and La Fuente Dinero, as described in the indictment). These facts would have been important to the mix of information available to ASD investors at the time they were deciding whether to invest in ASD.

As described in the Government's First Notice, Bowdoin repeatedly represented to ASD investors through ASD employees that his only contact with the criminal justice system was a speeding ticket in Georgia. That representation was false and misleading. In addition to the four Alabama criminal cases and related materials disclosed in the Government's First Notice, the government intends to introduce additional evidence of twelve indictments relating to securities fraud charges filed in Jefferson County, Alabama in 1996. Copies of the indictments and related materials are attached hereto as Exhibit 1. These indictments also provide direct evidence that Bowdoin's claims that he operated successful businesses in the past, including but not limited to, a mobile phone business, were false.

The government also hereby gives notice that it intends to introduce additional evidence relating to the Montgomery, Alabama criminal cases CC-96-1143 and CC-96-1144, previously discussed in the Government's First Notice. Specifically, those two cases were the subject of the 1997 Alabama plea agreement describe in, and attached to, the Government's First Notice. Pursuant to the terms of the 1997 plea agreement, those two cases were to be dismissed by the Alabama State's Attorney's Office once the defendant satisfied his conditions under the 1997 plea agreement. Those two cases were ultimately dismissed on February 5, 2007. Thus, at the time Bowdoin engaged in the scheme to defraud as alleged in the instant indictment, which alleges conduct beginning in August 2006, the Alabama criminal cases CC-96-1143 and CC-96-1144, were still pending. The government intends to seek to admit evidence of all the counts contained in the Montgomery, County, Alabama cases, CC-96-1143 and CC-96-1144, and all related materials previously disclosed, during trial in the instant case.

2

The government is aware of still additional criminal matters lodged against Bowdoin. We are currently in the process of collecting materials relating to those matters and expect to provide additional notice and documents in the near future.

Sincerely,

Seth B. Waxman
(202) 252-7234
Allison Barlotta
Assistant United States Attorneys
United States Attorneys Office for the
    District of Columbia
555 4th Street, NW, Washington, DC 20530

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 96 006215.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                          JUDGE: MMC
STATE OF ALABAMA                VS    BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006215.00
                                ATLANTA, GA   30318 0000

DOB:                RACE: W  SEX:   M       HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU            CODE1.  SURS LIT: SELL UNREGISTER  TYPE: F
CHARGE2:                                 CODE2.                            TYPE:
CHARGE3:                                 CODE3.                            TYPE:
MORE?:      OFFENSE DATE: 02/20/92  AGENCY/OFFICER: ASC      YOUNG

DATE WAR/CAP ISS:                   DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96          DATE    FILED: 12/16/96
DATE    RELEASED:                   DATE  HEARING:
     BOND AMOUNT:        $2,000.00                SURETIES: A & S BOND

DATE 1:        DESC:                TIME:   0000
DATE 2:        DESC:                TIME:   0000
                                    TYPE:                         TYPE:
DEF/ATY: CLOUD, EARL E, JR.
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625800      CHK/TICKET NO: 222012       GRAND JURY: 38846
COURT REPORTER                SID NO: 000237880
DEF STATUS: BOND         DEMAND:                       DPID: LYR

DATE        ACTION, JUDGMENTS, CASE NOTES
      NCIC# 2699 ALSO 96-6215-6225

1-13-97     SET THIS CASE FOR PRETRIAL
            HEARING BEFORE JUDGE McCORMICK
            3-7-97 AT 1:30 PM O'CLOCK
                        JUDGE MIKE McCORMICK

3-7-97      Atty Ret by D. for all cases
            Earl E Cloud Jr.      205-533-2480     CLS
            Suite 368
            200 West Court Square
            Huntsville, Al. 35802
                    JUDGE McCORMICK

3-7-97      Reset Pretrial    3-21-97  1:30 PM
                    JUDGE McCORMICK

3-21-97
            SET THIS CASE FOR TRIAL BEFORE
            JUDGE McCORMICK ON 10-27-97
            AT 9:00 A.M.
10/2/97 Subp Issue √        JUDGE McCORMICK    CM 3/28

JEFFERSONCOUNTY-00001

ACS0369    A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 96 006215.00
JUDGE ID: MMC

STATE OF ALABAMA                    VS       BOWDOIN THOMAS ANDERSON J

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 11/13/97 | Case dismissed  a  plea of DB. |

JEFFERSONCOUNTY-00002

ACS0370  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 96 006258.00

IN THE DISTRICT COURT OF JEFFERSON COUNTY          JUDGE: DLJ
STATE OF ALABAMA                VS   BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006258.00

                         ATLANTA, GA 30318 0000

DOB:          RACE: W  SEX:   M      HT: 6 00  WT: 185  HR: BRO  EYE: GRN
SSN:          ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU        CODE1: SURS LIT: SELL UNREGISTER TYPE: F
CHARGE2:                             CODE2:                           TYPE:
CHARGE3:                             CODE3:                           TYPE:
MORE?:      OFFENSE DATE:            AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                    DATE ARRESTED: 06/05/96
DATE    INDICTED:                    DATE   FILED: 06/06/96
DATE   RELEASED: 06/05/96            DATE HEARING:
    BOND AMOUNT:      $2,000.00              SURETIES: A & S BOND

DATE 1: 06/24/96 DESC: CALL          TIME: 1000 A
DATE 2:          DESC:               TIME: 0000

DEF/ATY:                             TYPE:                      TYPE:
PROSECUTOR:

OTH CSE:              CHK/TICKET NO: 222012        GRAND JURY:
COURT REPORTER             SID NO: 000237880
DEF STATUS: BOND      DEMAND:                      OPID: JUC

DATE          ACTION, JUDGMENTS, CASE NOTES
   OTHERS 96-6248 - 6259

JUN 24 1996
                    7-29-96 at 9:00 m. Reissue    6 J 9 OWL

6-28-96 | 3  SUBPOENAS ISSUED

JUL 29 1996

Defendant waives preliminary examination.
Ordered that defendant be bound over to
the circuit court to await the action of
the grand jury. (Bond fixed at $ 2000
p  bond allowed). Recommendation Deputy
Sheriff: _____
                    O. J. J. ____ Judge

JEFFERSONCOUNTY-00003

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR.,    [illegible], whose name is to the grand jury

otherwise unknown, did, contrary to law, either directly or indirectly, make

or cause to be made offers and/or sales of an unregistered security, to-wit:

Shares of Common Stock issued by All American Communications Network Incorpo-

rated,, hereinafter referred to as a "Security"; within Jefferson County,

State of Alabama, for the purpose of inducing or securing sales of a security

issued by All American Communications Network Incorporated, a corporation,  .

to James D. Deason or other persons within Jefferson County, State of Alabama,

when said security had not then been registered and recorded in the register

of the Alabama Securities Commission, in violation of Section 8-6-4 of the

Code of Alabama, 1975, against the peace and dignity of the State of Alabama.

*David Barber*

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

JUDGE

GJ NO:  38846   CHARGE:  SALE UNR SEC
JCID: 237880  WARR NO: 222012  OFFENSE CODE: 26990121  NCIC:   2699

D. A. — 46

DECEMBER SESSION 1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court by the foreman of the Grand Jury, in the presence of ___16___ Grand Jurors and filed in open court by order of the Court on this the ___6th___ day of _December_, 19__96__.

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment has been served on the defendant herein this the _____ day of _____, 19____.

MELVIN BAILEY, Sheriff

By_____
Deputy Sheriff

**STATE OF ALABAMA**
**UNIFIED JUD. SYSTEM**

**FORM DC - 6J**        7/89

**AFFIDAVIT / WARRANT**

5 A P $ S

**CASE NUMBER**
96 6258
ID | YR | NUMBER

**IN THE DISTRICT COURT OF JEFFERSON COUNTY**

**THE STATE VS.** BOWDOIN, THOMAS ANDERSON JR

**AGENCY:** STATE SECURITY CO
**OCA:** AS930036

**WARRANT NO.** 222012
**JCID NO.** 237880

**SHERIFF'S INFORMATION:**
SEX MALE   EYE GREEN   SKIN   NEAR 62 YEARS OLD
RACE WHITE   HAIR BROWN   WEIGHT ABOUT 185 LBS.   DOB ABOUT
HEIGHT ABOUT 6 FEET 0 INCHES   EMPLOYER:

ADDRESS:
30318

REMARKS: AKA

**COMPLAINT:**
PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY BORG, JOSEPH P WHO BEING DULY SWORN, SAYS THAT BOWDOIN, THOMAS ANDERSON JR WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID, CONTRARY TO LAW, EITHER DIRECTLY OR INDIRECTLY, MAKE OR CAUSE TO BE MADE OFFERS AND/OR SALES OF AN UNREGISTERED SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED , HEREINAFTER REFERRED TO AS A "SECURITY"; WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, FOR THE PURPOSE OF INDUCING OR SECURING SALES OF A SECURITY ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION , TO JAMES D DEASON OR OTHER PERSONS WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, WHEN SAID SECURITY HAD NOT THEN BEEN REGISTERED AND RECORDED IN THE REGISTER OF THE ALABAMA SECURITIES COMMISSION, IN VIOLATION OF SECTION 8-6-4 OF THE CODE OF ALABAMA, 1975.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS 11 DAY OF APRIL, 19 96

_Carel Lindon_
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY

AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**
YOU ARE HEREBY COMMANDED TO ARREST BOWDOIN, THOMAS ANDERSON JR AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF SALE OF UNREGISTERED SECURITIES
PREFERRED BY BORG, JOSEPH P   WITNESS MY HAND THIS 11 DAY OF APRIL, 19 96

OFFENSE CODE 26990121

_Carel Lindon_
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**
THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF $10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.
_Carel Lindon_
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:** BOWERS   /LGLG
AT LARGE

YOUNG, CHRIS   ALA SECURITIES COMM   00000

**RECEIPT**   **EXECUTION**

Received In Office:   Executed by Arresting the Within Named Defendant and

**COURT RECORD**   [X] Committed To Jail   [ ] Released on Bond Date:

SHERIFF _Jim Woodward_ BY _S. Moore_

JEFFERSONCOUNTY-00006

AC80370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                CASE: CC 96 006216.00
------------------------------------------------------------------
IN THE CIRCUIT COURT OF JEFFERSON COUNTY          JUDGE: MMC
STATE OF ALABAMA                    VS   BOWDOIN THOMAS ANDERSON J
CASE: CC 96 006216.00
                                         ATLANTA, GA  30318 0000
DOB: ▓▓▓▓▓    RACE: W SEX:   M      HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN: ▓▓▓▓▓    ALIAS NAMES:
CHARGE1: SECURITIES-UNREGISTE        CODE1:  UNSC LIT: SECURITIES-UNRE TYPE: F
CHARGE2:                             CODE2:                           TYPE:
CHARGE3:                             CODE3:                           TYPE:
MORE?:      OFFENSE DATE: 02/20/92  AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:              DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96     DATE    FILED: 12/16/96
DATE    RELEASED:              DATE  HEARING:
     BOND AMOUNT:    $2,000.00              SURETIES: A & S BOND

DATE 1:         DESC:           TIME:  0000
DATE 2:         DESC:           TIME:  0000
DEF/ATY: Cloud Earl E Jr        TYPE:                        TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600624800   CHK/TICKET NO: 222059        GRAND JURY: 38847
COURT REPORTER              SID NO: 000237880
DEF STATUS: BOND        DEMAND:                    OPID: LYR

   DATE        ACTION, JUDGMENTS, CASE NOTES
        NCIC# 2699 ALSO 96-6215-6225
------------------------------------------------------------------

1-13-97   SET THIS CASE FOR PRETRIAL
          HEARING BEFORE JUDGE McCORMICK
          3-7-99 AT 1:30PM O'CLOCK
                        JUDGE ▓▓▓▓ ▓▓▓▓▓ ▓▓MICK

3-7-97    Pass pre-trial 3-21-97 1:30
                   Ju McCormick
                                        Cm
                                        3-14

3-21-97   SET THIS CASE FOR TRIAL BEFORE
          JUDGE McCORMICK ON 10-27-97
                 AT 9:00 A.M.
                   JUDGE McCORMICK          Cm
                                           3/28

10/2/97   Subp Issued

11-13-97  Case dismissed a req of DA
                                    ▓▓ MC 1/15

ACS0370  A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL                CASE: DC 96 006248.00

IN THE DISTRICT COURT OF  JEFFERSON  COUNTY                     JUDGE: OLJ
STATE  OF  ALABAMA                        VS     BOWDOIN THOMAS ANDERSON J
CASE: DC 96 006248.00
                                ATLANTA, GA  30318 0000

DOB:                RACE: W  SEX:   M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SECURITIES-UNREGISTE           CODE1: UNSC LIT:SECURITIES-UNRE  TYPE:F
CHARGE2:                                CODE2:                          TYPE:
CHARGE3:                                CODE3:                          TYPE:
MORE?:         OFFENSE DATE:            AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                       DATE ARRESTED: 06/05/96
DATE    INDICTED:                       DATE    FILED: 06/06/96
DATE    RELEASED: 06/05/96              DATE  HEARING:
        BOND AMOUNT:       $2,000.00              SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL            TIME:  1000 A
DATE 2:          DESC:                  TIME:  0000

DEF/ATY:                                TYPE:                          TYPE:
PROSECUTOR:

OTH CSE:                   CHK/TICKET NO: 222059          GRAND JURY:
COURT REPORTER                  SID NO: 000237880
DEF STATUS: BOND              DEMAND:                     OPID: JUC

     DATE        ACTION, JUDGMENTS, CASE NOTES
        OTHERS 96-6248 - 6259

JUN 24 1996            7-29-96    200            O-1-1

6-25-96      3     SUBPOENAS ISSUED

7-24-96      NOTIFY SENDER OF NEW ADDRESS
             BOWDOIN'T ANDERSON JR
             478 E ALTAMONTE DR #106-243
             ALTAMONTE SPRINGS FL 32701-4615       6/17/96

JUL 29 1996

             Defendant waives preliminary examination.
             Ordered that defendant be bound over to
             the circuit court to await the action of
             the grand jury. (Bond fixed at $ 2000
             (No bond allowed). Recommendation Deputy
             Solicitor    Maloney
                          O-1-1              Judge

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR.,    , whose name is to the grand jury otherwise unknown, did, contrary to law, without first having been registered as a salesman in the office of the State Securities Commission of Alabama, sell or offer to sell, within Jefferson County, State of Alabama, a security, to-wit: Shares of Common Stock issued by All American Communications Network Incorporated hereinafter referred to as a "Security", issued by All American Communications Network Incorporated, a corporation, , to James D. Deason or other persons within Jefferson County, State of Alabama, in violation of Section 8-6-3 of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama.

_David Barber_

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

_J Hand_

JUDGE

GJ NO:   38847   CHARGE: . SAL SEC UNREG AGENT
JCID: 237880 WARR NO: 222059 OFFENSE CODE: 26990111 NCIC:   2699

JEFFERSONCOUNTY-00009

DECEMBER   SESSION   1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of _16_ Grand Jurors and filed in
open court by order of the Court on this the
_6th_ day of _December_,
19 _96_

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____

Deputy Sheriff

| STATE OF ALABAMA UNIFIED JUD. SYSTEM FORM DC - 6J   7/89 | AFFIDAVIT / WARRANT 5 of 5 | CASE NUMBER 96 6248 |
| --- | --- | --- |
| | | ID   YR   NUMBER |

IN THE DISTRICT COURT OF JEFFERSON COUNTY

| | AGENCY: STATE SECURITY CO | WARRANT NO. 222059 |
| --- | --- | --- |
| THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR | OCA: AS930036 | JCID NO. 237800 |

| SHERIFF'S INFORMATION: | SEX MALE RACE WHITE HEIGHT ABOUT | EYE GREEN HAIR BROWN 6 FEET 0 INCHES | SKIN | WEIGHT ABOUT 185 LBS. | NEAR 62 YEARS OLD DOB ABOUT |
| --- | --- | --- | --- | --- | --- |
| ADDRESS: | | 30318 | EMPLOYER: | | |
| REMARKS: AKA | | | | | |

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY  BORG, JOSEPH P                              WHO BEING DULY SWORN, SAYS THAT
     BOWDOIN, THOMAS ANDERSON JR                  WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID, CONTRARY TO LAW, WITHOUT FIRST HAVING BEEN REGISTERED AS A SALESMAN IN THE OFFICE OF THE STATE SECURITIES COMMISSION OF ALABAMA, SELL OR OFFER TO SELL, WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
          , HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED-BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION, TO JAMES D DEASON OR OTHER PERSONS WITHIN    JEFFERSON COUNTY, STATE OF ALABAMA, IN VIOLATION OF SECTION 8-6-3 OF THE CODE  OF ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA, SUBSCRIBED AND SWORN TO BEFORE ME THIS   11  DAY OF   APRIL   , 19 96

_Carole Herndon_                                    _____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY          AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**
     YOU ARE HEREBY COMMANDED TO ARREST    BOWDOIN, THOMAS ANDERSON JR      AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF SALE OF SECURITIES BY UNREGISTERED SALESMAN
PREFERRED BY  BORG, JOSEPH P          WITNESS MY HAND THIS   11 DAY OF   APRIL   , 19 96

OFFENSE CODE   26990111               _Carole Herndon_
                                        MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**
     THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
     $10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER  _Carole Herndon_
                                        MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

| **COMMENTS:** AT LARGE | BOWERS | /LGLG |
| --- | --- | --- |
| YOUNG, CHRIS | ALA SECURITIES COMM | 00000 |
| RECEIPT | | EXECUTION |

Received In Office:                    Executed by Arresting the Within Named Defendant and

COURT RECORD            [X] Committed To Jail        [ ] Released on Bond Date: ___

SHERIFF  _Jim Woodward_  BY _I Moore_

 AC80370  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                    CASE: CC 96 006217.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                           JUDGE: MMC
STATE OF ALABAMA              VS    BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006217.00
                                   ATLANTA, GA  30318 0000

DOB:                RACE: W  SEX:   M      HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SALE SECURITIES UNTR          CODE1: SSUS  LIT: SALE SECURITIES  TYPE: F
CHARGE2:                               CODE2:                            TYPE:
CHARGE3:                               CODE3:                            TYPE:
MORE?:        OFFENSE DATE: 02/20/92  AGENCY/OFFICER: ASC     YOUNG

DATE WAR/CAP ISS:                DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96       DATE    FILED: 12/16/96
DATE    RELEASED:                DATE  HEARING:
    BOND AMOUNT:        $2,000.00           SURETIES: A & S BOND

DATE 1:           DESC:            TIME:  0000
DATE 2:           DESC:            TIME:  0000
DEF/ATY: Cloud Eml & Jr           TYPE:                              TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625400    CHK/TICKET NO: 222069         GRAND JURY: 38848
COURT REPORTER              SID NO: 000237880
DEF STATUS: BOND       DEMAND:                       OPID: LYR

     DATE        ACTION, JUDGMENTS, CASE NOTES
        NCIC# 2699 ALSO 96-6215-6225

1-13-97    SET THIS CASE FOR PRETRIAL
           HEARING BEFORE JUDGE McCORMICK
           3-7-97 AT 1 30PM O'CLOCK
                        JUDGE         MARCK

3-7-97    Pass pre-trial 3-21-97    1:30
                     Ju... McCormick    C...
                                    3-14

3-21-97    SET THIS CASE FOR TRIAL BEFORE
           JUDGE McCORMICK ON 10-27-97
           AT 9:00 A.M.    JUDGE McCORMICK    C...
                                              3-28

10/2/97    Subp Issued.

11/13/97   Case dismissed a rec of ...

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 96 006254.00

IN THE DISTRICT COURT OF JEFFERSON COUNTY                    JUDGE: OLJ
STATE OF ALABAMA                    VS   BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006254.00

                              ATLANTA, GA  30318 0000

DOB:           RACE: W SEX:   M       HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:           ALIAS NAMES:

CHARGE1: SALE SECURITIES UNTR         CODE1: SSUS LIT: SALE SECURITIES TYPE:F
CHARGE2:                              CODE2:                           TYPE:
CHARGE3:                              CODE3:                           TYPE:
MORE?:        OFFENSE DATE:           AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                     DATE ARRESTED: 06/05/96
DATE    INDICTED:                     DATE     FILED: 06/06/96
DATE    RELEASED: 06/05/96            DATE  HEARING:
        BOND AMOUNT:      $2,000.00            SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL          TIME:   1000 A
DATE 2:          DESC:                TIME:   0000

DEF/ATY:                              TYPE:                          TYPE:
PROSECUTOR:

OTH CSE:                    CHK/TICKET NO: 222069          GRAND JURY:
COURT REPORTER                       SID NO: 000237880
DEF STATUS: BOND            DEMAND:                        OPID: JUC

   DATE           ACTION, JUDGMENTS, CASE NOTES
      OTHERS 96-6248 - 6259

**JUN 24 1996**

        Case passed to 7-29-96 at 200 p m. Reissue              O. T. J OW

 6-25-96      3    SUBPOENAS ISSUED

 7-24-96    BOWDIOS   SUT1 01331 1373 03/11/76
            NOTIFY SENDER OF NEW ADDRESS
            BOWDOIN'T ANDERSON JR
            475 E ALTAMONTE DR #106-243              4/17
            ALTAMONTE SPRINGS FL 32701-4615

**JUL 29 1996**

        Defendant waives preliminary examination.
        Ordered that defendant be bound over to
        the circuit court to await the action of
        the grand jury. (Bond fixed at $ 2000
        (No bond allowed). Recommendation Deputy
        Solicitor  Maloney
                O. T. J                    Judge

JEFFERSONCOUNTY-00013

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR., whose name is to the grand jury otherwise un-known, did unlawfully and willfully, in connection with the offer, sale or purchase of a security, to-wit: Shares of Common Stock issued by All American Communications Network Incorporated, hereinafter referred to as a "Security", issued by All American Communications Network Incorporated, a Corporation, did directly or indirectly make an untrue statement of a material fact or omitted to state a material fact necessary in order to make the statement(s) made, in the light of the circumstances under which they were made, not misleading, when the said THOMAS ANDERSON BOWDOIN, JR. represented to or omitted to state to James D. Deason or other persons within Jefferson County, Alabama, one or more of the following: that the funds invested would be used, in whole or part, to install a "company owned Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that there was virtually no limit to the number of customers that a "Mod-Spectrum" mobile telephone system could service; that the company was not aware of any material pending or threatened litigation affecting the company or its assets; that Mobile International, Inc., a corporation, had developed the "Mod-Spectrum" mobile telephone service, which was a low cost alternative to cellular mobile telephone services; that the "Mod-Spectrum" mobile telephone system would be upgraded to a digital system; that neither Mobile International, Inc., nor All American Communications Network, Inc., had a 450 to 470 megahertz license from the Federal Communications Commission to operate the "Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that proceeds from the sale of these securities would be used to make full and/or partial refunds to investors in earlier projects which had been sold by Ameri-can Cellfone, Inc., a corporation, a predecessor to Mobile International, Inc. and All American Communications Network, Inc., in violation of Section 8-6-17(2) of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama,

*David Barber*

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

*J. Hard*
JUDGE

------------------------------------------------
GJ NO. 38848   CHARGE: FR UNDER SEC ACT   JCID:  237880
WARRANT:  222069   OFFENSE CODE:  26991021  NCIC:  2699

D. A. — 46

JEFFERSONCOUNTY-00014

## DECEMBER  SESSION  1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of ___16___ Grand Jurors and filed in
open court by order of the Court on this the
___6th___ day of ___December___,
19_96_.

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____
          Deputy Sheriff

JEFFERSONCOUNTY-00015

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | | **AFFIDAVIT / WARRANT** | CASE NUMBER |
|---|---|---|---|
| FORM DC - 6J   7/89 | | 5 APSS | 96 62S4 |

ID   YR   NUMBER

**IN THE DISTRICT COURT OF JEFFERSON COUNTY**

| | AGENCY: STATE SECURITY CO | WARRANT NO. 222069 |
|---|---|---|
| THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR | OCA: AS930036 | JCID NO. 237888 |

**SHERIFF'S INFORMATION:**   SEX MALE   EYE GREEN   SKIN   NEAR 62   YEARS OLD
RACE WHITE   HAIR BROWN   WEIGHT ABOUT 185 LBS.   DOB ABOUT
HEIGHT ABOUT 6 FEET 0 INCHES   EMPLOYER:

ADDRESS: [redacted]

ATLANTA GA   30318

REMARKS: AKA

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY   BORG, JOSEPH P   WHO BEING DULY SWORN, SAYS THAT
BOWDOIN, THOMAS ANDERSON JR   WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID UNLAWFULLY AND WILLFULLY, IN CONNECTION WITH THE OFFER, SALE OR PURCHASE OF A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORP. HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORP. A CORP., DID DIRECTLY OR INDIRECTLY MAKE AN UNTRUE STATEMENT OF A MATERIAL FACT OR OMITTED TO STATE A MATERIAL FACT NECESSARY IN ORDER TO MAKE THE STATEMENT(S) MADE, IN THE LIGHT OF THE CIRCUMSTANCES UNDER WHICH THEY WERE MADE, NOT MISLEADING, WHEN THE SAID THOMAS ANDERSON BOWDOIN JR REPRESENTED TO OR OMITTED TO STATE TO JAMES D DEASON OR OTHER PERSONS WITHIN JEFFERSON COUNTY, ALABAMA ONE OR MORE OF THE FOLLOWING: THAT MOBILE INTL INC. HAD DEVELOPED A LOW COST ALTERNATIVE TO CELLULAR MOBILE PHONE SERVICE IN VIOLATION OF SEC 8-6-17(2) CODE OF ALA 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS   11   DAY OF   APRIL   , 19 96

_____ /JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY        AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**

YOU ARE HEREBY COMMANDED TO ARREST   BOWDOIN, THOMAS ANDERSON JR   AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF FRAUD UNDER SECURITIES ACT—SEC 8-6-17(2)
PREFERRED BY BORG, JOSEPH P   WITNESS MY HAND THIS   11   DAY OF   APRIL   , 19 96

OFFENSE CODE   26991021        MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
$10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**   BOWERS   /LGSP
AT LARGE

YOUNG, CHRIS   ALA SECURITIES COMM   00000
RECEIPT                                           EXECUTION

Received In Office:                     Executed by Arresting the Within Named Defendant and

COURT RECORD           [X] Committed To Jail        [ ] Released on Bond Date: _____

SHERIFF   Jim Woodward   BY   S. Moore

JEFFERSONCOUNTY-00016

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL          CASE: CC 96 006218.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                        JUDGE: MMC
STATE OF ALABAMA                VS    BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006218.00

ATLANTA, GA   30318 0000

DOB:                RACE: W  SEX:   M        HT:  5 00  WT: 165  HR:   BRO  EYE: GRN
SSN                 ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU          CODE1: SURS LIT: SELL UNREGISTER TYPE: F
CHARGE2:                               CODE2:                          TYPE:
CHARGE3:                               CODE3:                          TYPE:
MORE?:         OFFENSE DATE: 02/28/92  AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:              DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96     DATE    FILED: 12/16/96
DATE    RELEASED:              DATE   HEARING:
        BOND AMOUNT:   $2,000.00            SURETIES: A & S BOND

DATE 1:         DESC:             TIME:   0000
DATE 2:         DESC:             TIME:   0000
DEF/ATY: Cloud Earl E. Jr.        TYPE:                         TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625600    CHK/TICKET NO: 222020          GRAND JURY: 38849
COURT REPORTER            SID NO: 000237880
DEF STATUS: BOND       DEMAND:                          OPID: LYR

DATE         ACTION, JUDGMENTS, CASE NOTES
     NCIC# 2699 ALSO 96-6215-6225

1-13-97   SET THIS CASE FOR PRETRIAL
          HEARING BEFORE JUDGE McCORMICK
          8-7-97 AT 1:30 PM O'CLOCK
          JUDGE MIKE McCORMICK

3-7-97    Pass pre-trial 3-21-97 1:30
          Ju. McCormick        Cm
                               3-14

3-21-97   SET THIS CASE FOR TRIAL BEFORE
          JUDGE McCORMICK ON 10-27-97      Cm
          AT 9:00 A.M.                     3/28
          JUDGE McCORMICK

10/2/97   Subp Issued

10-27-97  By recommendation of the DA ... the ...
          ... Nol Prossed   nn 10-29

JEFFERSONCOUNTY-00017

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 96 006256.00

IN THE DISTRICT COURT OF JEFFERSON COUNTY                    JUDGE: OLJ
STATE OF ALABAMA                    VS    BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006256.00

                                          ATLANTA, GA  30319 0000

DOB:                RACE: W  SEX:   M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU          CODE1: SURS LIT: SELL UNREGISTER  TYPE:F
CHARGE2:                               CODE2:                           TYPE:
CHARGE3:                               CODE3:                           TYPE:
MORE?:        OFFENSE DATE:            AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                      DATE ARRESTED: 06/05/96
DATE     INDICTED:                     DATE     FILED: 06/06/96
DATE    RELEASED: 06/05/96             DATE  HEARING:
       BOND AMOUNT:      $2,000.00              SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL          TIME:   1000 A
DATE 2:          DESC:                TIME:   0000

DEF/ATY:                               TYPE:                         TYPE:
PROSECUTOR:

OTH CSE:                 CHK/TICKET NO: 222020        GRAND JURY:
COURT REPORTER                   SID NO: 000237880
DEF STATUS: BOND         DEMAND:                      OPID:  JUC

   DATE          ACTION, JUDGMENTS, CASE NOTES
       OTHERS 96-6248 - 6259

**JUN 24 1996**

        Case passed to  7-29-96  at 2:00 P. m. Reissue     O. 7 7 Ord

6-25-96      3    **SUBPOENAS ISSUED**

7-24-96    BOWD189  302162551 1873 V8/11/96
           NOTIFY SENDER OF NEW ADDRESS
           BOWDOIN'T ANDERSON JR
           476 E ALTAMONTE DR #108-243        6/17
           ALTAMONTE SPRINGS FL 32701-4615

**JUL 29 1996**

        Defendant waives preliminary examination.
        Ordered that defendant be bound over to
        the circuit court to await the action of
        the grand jury. (Bond fixed at $ 2000)
        (No bond allowed) Recommendation Deputy
        Solicitor   maloney

                  O. 7. 9         Judge

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR., ?a?i?? ? whose name is to the grand jury otherwise unknown, did, contrary to law, either directly or indirectly, make or cause to be made offers and/or sales of an unregistered security, to-wit: shares of Common Stock issued by All American Communications Network Incorporated,, hereinafter referred to as a "Security"; within Jefferson County, State of Alabama, for the purpose of inducing or securing sales of a security issued by All American Communications Network Incorporated, a corporation, , to Ted Sartin or other persons within Jefferson County, State of Alabama, when said security had not then been registered and recorded in the register of the Alabama Securities Commission, in violation of Section 8-6-4 of the Code of Alabama, 1975,against the peace and dignity of the State of Alabama.

_David Barber_
DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

_J. Hard_
JUDGE

GJ NO:  38849  CHARGE:  SAL UNREG SEC
JCID: 237880 WARR NO: 222020 OFFENSE CODE: 26990121 NCIC:  2699

D. A. — 46

JEFFERSONCOUNTY-00019

DECEMBER  SESSION  1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of __16__ Grand Jurors and filed in
open court by order of the Court, on this the
__6th__ day of __December__,
19__96__.

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____
Deputy Sheriff

STATE OF ALABAMA
UNIFIED JUD. SYSTEM

FORM DC - 6J          7/89

**AFFIDAVIT / WARRANT**

5 AISS

CASE NUMBER
96 6256
ID  YR  NUMBER

IN THE DISTRICT COURT OF JEFFERSON COUNTY

| | AGENCY: STATE SECURITY CO | WARRANT NO. 222020 |
| THE STATE VS. BOWDOIN, THOMAS ANDERSON JR | OCA: AS930036 | JCID NO. 237880 |

**SHERIFF'S INFORMATION:**

| SEX MALE | EYE GREEN | SKIN | NEAR 62 YEARS OLD |
| RACE WHITE | HAIR BROWN | WEIGHT ABOUT 185 LBS. | DOB ABOUT |
| HEIGHT ABOUT 6 FEET 0 INCHES | | |

ADDRESS: ▓▓▓▓▓▓
ATLANTA GA          30318

EMPLOYER:

REMARKS: AKA

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY BORG, JOSEPH P                    WHO BEING DULY SWORN, SAYS THAT
BOWDOIN, THOMAS ANDERSON JR            WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID, CONTRARY TO LAW, EITHER DIRECTLY OR INDIRECTLY, MAKE OR CAUSE TO BE MADE OFFERS AND/OR SALES OF AN UNREGISTERED SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
      , HEREINAFTER REFERRED TO AS A "SECURITY"; WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, FOR THE PURPOSE OF INDUCING OR SECURING SALES OF A SECURITY ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION      , TO TED SARTIN      OR OTHER PERSONS WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, WHEN SAID SECURITY  HAD NOT THEN BEEN REGISTERED  AND RECORDED IN THE REGISTER OF THE ALABAMA SECURITIES COMMISSION, IN VIOLATION OF SECTION 8-6-4 OF THE CODE OF   ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS  11  DAY OF  APRIL  , 19 96

_____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY

_____
AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**

YOU ARE HEREBY COMMANDED TO ARREST  BOWDOIN, THOMAS ANDERSON JR      AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF  SALE OF  UNREGISTERED  SECURITIES
PREFERRED BY BORG, JOSEPH P      WITNESS MY HAND THIS  11  DAY OF  APRIL  , 19 96

OFFENSE CODE  26990121

_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF $10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER

_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**
AT LARGE          BOWERS          /LGLG

YOUNG, CHRIS          ALA SECURITIES COMM          00000

| RECEIPT | EXECUTION |
| Received in Office: | Executed by Arresting the Within Named Defendant and |
| COURT RECORD | [X] Committed To Jail          [ ] Released on Bond Date: _____ |
| | SHERIFF  Jim Woodward  BY  S. Moore |

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                          CASE: CC 96 006219.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                    JUDGE: MMC
STATE OF ALABAMA               VS    BOWDOIN THOMAS ANDERSON J
CASE: CC 96 006219.00
                                     ATLANTA, GA  30318 0000

DOB:              RACE: W  SEX:  M       HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1:SECURITIES-UNREGISTE        CODE1.  UNSC LIT:SECURITIES-UNRE  TYPE:F
CHARGE2:                            CODE2.                           TYPE:
CHARGE3:                            CODE3.                           TYPE:
MORE?.        OFFENSE DATE: 02/28/92  AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:              DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96     DATE    FILED: 12/16/96
DATE    RELEASED:              DATE  HEARING:
      BOND AMOUNT.      $2,000.00          SURETIES: A & S BOND

DATE 1:        DESC:              TIME:  0000
DATE 2:        DESC:              TIME:  0000
DEF/ATY: Cloud, Earl E Jr         TYPE:                        TYPE:
PROSECUTOR: BARBER, M DAVID
OTH CSE: 9600625100    CHK/TICKET NO: 222063          GRAND JURY: 38850
COURT REPORTER            SID NO: 000237880
DEF STATUS: BOND         DEMAND:                      OPID: LYR

    DATE       ACTION, JUDGMENTS, CASE NOTES
        NCIC# 2699 ALSO 96-6215-6225

1-13-97    SET THIS CASE FOR PRETRIAL
           HEARING BEFORE JUDGE McCORMICK
           3-7-97 AT 1.30PM O'CLOCK

                 JUDGE MIKE McCORMICK

3-7-97   | Pass pre-trial  3-21-97   1:30
                      34-   On  McCormic!
                                     Cm
                                     3/14

3-21-97  | SET THIS CASE FOR TRIAL BEFORE
           JUDGE McCORMICK ON  10-27-97
           AT 9:00 A.M.                    Cm
                                           3/28
                 JUDGE McCORMICK

10/2/97  | Subp Issued

10-27-97 By recommendation of the DA's office the
         Case is Nol Prossed.
                     ml 10/29

ACS0370   A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
DISTRICT  CRIMINAL          CASE:  DC 96 006251 00
-----------------------------------------------------------------
IN THE DISTRICT COURT OF  JEFFERSON  COUNTY                JUDGE: OLJ
STATE  OF  ALABAMA              VS     BOWDOIN THOMAS ANDERSON J

CASE:  DC 96 006251 00
                              ATLANTA, GA  30318 0000

DOB:                RACE: W  SEX:    M      HT:  6 00  WT: 185  HR:   BRO  EYE: GRN
SSN:                ALIAS NAMES:
-----------------------------------------------------------------
CHARGE1: SECURITIES-UNREGISTE         CODE1:  UNSC LIT: SECURITIES-UNRE TYPE: F
CHARGE2:                              CODE2:                           TYPE:
CHARGE3:                              CODE3:                           TYPE:
MORE?:       OFFENSE DATE:            AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                     DATE ARRESTED: 06/05/96
DATE   INDICTED:                      DATE    FILED: 06/06/96
DATE   RELEASED: 06/05/96             DATE  HEARING:
  BOND AMOUNT:        $2,000.00                 SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL          TIME:  1000 A
DATE 2:          DESC:                TIME:  0000

DEF/ATY:                              TYPE:                          TYPE:
PROSECUTOR:
-----------------------------------------------------------------
OTH CSE:               CHK/TICKET NO. 222063          GRAND JURY:
COURT REPORTER              SID NO: 000237880
DEF STATUS: BOND       DEMAND:                        OPID: JUC
-----------------------------------------------------------------
  DATE        ACTION, JUDGMENTS, CASE NOTES
       OTHERS 96-6248 - 6259

JUN 24 1996

         Case passed to  7-24-96  at 2001  m. Release

6-25-96      3   SUBPOENAS ISSUED              O.1.1

7-14-96   NOTIFY SENDER OF NEW ADDRESS
          BOWDOIN T ANDERSON JR
          470 E ALTAMONTE DR #106-243     6/17
          ALTAMONTE SPRINGS FL 32701-4615

JUL 29 1996
          Defendant waives preliminary examination.
          Ordered that defendant be bound over to
          the circuit court to await the action of
          the grand jury. (Bond fixed at $ 2000 )
          (No bond allowed). Recommendation Deputy
          Solicitor   maloey
                   O.1.1      Judge

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR.,    , whose name is to the grand  jury  otherwise

unknown,  did,  contrary  to law, without first having been  registered  as  a

salesman in the office of the State Securities Commission of Alabama, sell  or

offer to sell, within Jefferson County, State of Alabama, a security,  to-wit:

shares of Common Stock issued by All American Communications Network  Incorpo-

rated, hereinafter referred to as a "Security", issued by All American  Commu-

nications  Network Incorporated, a corporation, , to Ted Sartin or other  per-

sons within Jefferson County, State of Alabama, in violation of Section  8-6-3

of  the  Code of Alabama, 1975, against the peace and dignity of the  State  of

Alabama.

*David Barber*

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

JUDGE

GJ NO:  38850  CHARGE:  SLE SEC UNREG AGENT
JCID: 237880 WARR NO: 222063 OFFENSE CODE: 26990111 NCIC:  2699

D. A. — 46

JEFFERSONCOUNTY-00024

DECEMBER  SESSION  1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of ___16___ Grand Jurors and filed in
open court by order of the Court on this the
___6th___ day of _December_ ,
19_96_.

*Sally Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____

Deputy Sheriff

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | AFFIDAVIT / WARRANT | CASE NUMBER |
|---|---|---|

FORM DC - 6J      7/89      5 A P 5 5      ID  96  YR  625  NUMBER

IN THE DISTRICT COURT OF JEFFERSON COUNTY

THE STATE VS.  BOWDOIN, THOMAS ANDERSON JR      AGENCY: STATE SECURITY CO   WARRANT NO. 222063
OCA: AS930036      JCID NO. 237884

**SHERIFF'S INFORMATION:**
SEX MALE   EYE GREEN   SKIN   NEAR 62 YEARS OLD
RACE WHITE   HAIR BROWN   WEIGHT ABOUT 185 LBS.   DOB ABOUT
HEIGHT ABOUT 6 FEET 0 INCHES   EMPLOYER:
ADDRESS:
ATLANTA GA      30318
REMARKS: AKA

**COMPLAINT:**
PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, I AND FOR SAID COUNTY  BORG, JOSEPH P      WHO BEING DULY SWORN, SAYS THA
BOWDOIN, THOMAS ANDERSON JR      WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNT
DID, CONTRARY TO LAW, WITHOUT FIRST HAVING BEEN REGISTERED AS A SALESMAN IN THE OFFICE OF THE STATE SECURITIES COMMISSION OF ALABAMA, SELL OR OFFER TO SELL, WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
, HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION, TO TED SARTIN OR OTHER PERSONS WITHIN  JEFFERSON COUNTY, STATE OF ALABAMA, IN  VIOLATION OF SECTION 8-6-3 OF THE CODE  OF ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS 11 DAY OF APRIL , 19 96

MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY

**TO ANY LAWFUL OFFICER OF SAID STATE,**
YOU ARE HEREBY COMMANDED TO ARREST  BOWDOIN, THOMAS ANDERSON JR  AND BRING HIM OR HER BEFOR
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE C ALABAMA ON A CHARGE OF SALE OF SECURITIES BY UNREGISTERED SALESMAN
PREFERRED BY BORG, JOSEPH P      WITNESS MY HAND THIS 11 DAY OF APRIL , 19 96

OFFENSE CODE  26990111

MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**
THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM C
$10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.

MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**      BOWERS      /LGLG
AT LARGE

YOUNG, CHRIS      ALA SECURITIES COMM      00000
RECEIPT      EXECUTION

Received In Office:      Executed by Arresting the Within Named Defendant and

COURT RECORD      [X] Committed To Jail      [ ] Released on Bond Date: _____
SHERIFF Jim Woodward BY S. Moore

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                                    CASE: CC 96 006220.00

IN    CIRCUIT   COURT OF   JEFFERSON   COUNTY                     JUDGE: MMC
STATE      ALABAMA                    VS     BOWDOIN THOMAS ANDERSON J
CASE: CC 96 006220.00
                                             ATLANTA, GA   30318 0000
DOB:              RACE: W  SEX:   M         HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:              ALIAS NAMES:

CHARGE1: SALE SECURITIES UNTR            CODE1  SSUS LIT: SALE SECURITIES TYPE: F
CHARGE2:                                 CODE2                          TYPE:
CHARGE3:                                 CODE3                          TYPE:
MORE?:        OFFENSE DATE: 02/28/92  AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:                    DATE ARRESTED: 06/05/96
DATE   INDICTED: 12/06/96            DATE   FILED: 12/16/96
DATE   RELEASED:                     DATE   HEARING:
       BOND AMOUNT:    $2,000.00              SURETIES: A & S BOND

DATE 1:        DESC:                  TIME:   0000
DATE 2:        DESC:                  TIME:   0000
DEF/ATY: Cload, Emil E                TYPE:                        TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625200      CHK/TICKET NO: 222064       GRAND JURY: 36851
COURT REPORTER                SID NO: 000237880
DEF STATUS: BOND         DEMAND:                      OPID: LYR

       DATE        ACTION, JUDGMENTS, CASE NOTES
         NCIC# 2699 ALSO 96-6215-6225

1-13-97
          SET THIS CASE FOR PRETRIAL
          HEARING BEFORE JUDGE McCORMICK
          3-7-97  AT 1 30  O'CLOCK
                    JUDGE MIKE McCORMICK

3-7-97   Pass pretrial  3-21-97  1:30
                    Jue McCormic'           Cm)
                                            3-14

3-21-97   SET THIS CASE FOR TRIAL BEFORE
          JUDGE McCORMICK ON 10-27-97
          AT 9:00 A.M.
                    JUDGE McCORMICK     Cm)
                                        3/__

10/2/97   Subp Issue d

10-27-97: By recommendation of the Da office, this cause
          be Nol-Prossed                    [signature]

                    nol 1089

ACE 370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 96 006252.00

IN THE DISTRICT COURT OF  JEFFERSON  COUNTY          JUDGE: OLJ
STATE  OF  ALABAMA                   VS    BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006252.00
                              ATLANTA, GA  30318 0000

DOB:            RACE: W  SEX:   M       HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:            ALIAS NAMES:

CHARGE1: SALE SECURITIES UNTR       CODE1:  SSUS LIT: SALE SECURITIES  TYPE:F
CHARGE2:                            CODE2:                            TYPE:
CHARGE3:                            CODE3:                            TYPE:
MORE?:        OFFENSE DATE:         AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                   DATE ARRESTED: 06/05/96
DATE    INDICTED:                   DATE    FILED: 06/06/96
DATE    RELEASED: 06/05/96          DATE  HEARING:
BOND AMOUNT:      $2,000.00              SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL        TIME:    1000 A
DATE 2:          DESC:              TIME:    0000

DEF/ATY:                            TYPE:                        TYPE:
PROSECUTOR:

OTH CSE:                   CHK/TICKET NO: 222064        GRAND JURY:
COURT REPORTER                  SID NO: 000237880
DEF STATUS: BOND             DEMAND:                    OPID:  JUC

    DATE        ACTION, JUDGMENTS, CASE NOTES
       OTHERS 96-6248 - 6259

**JUN 24 1996**

                Case passed to 7-29-96  at 200 P m. Reissue          O 1 y OLJ

6-26-96       3  SUBPOENAS ISSUED

7-24-96      BOWDOIN ANDERSON JR
             NOTIFY SENDER OF NEW ADDRESS
             BOWDOIN'T ANDERSON JR          6/17
             478 E ALTAMONTE DR #108-243
             ALTAMONTE SPRINGS FL 32701-4615

**JUL 29 1996**

             Defendant waives preliminary examination.
             Ordered that defendant be bound over to
             the circuit court to await the action of
             the grand jury. (Bond fixed at $ 2050)
             (No bond allowed). Recommendation Deputy
             Solicitor  Melvey

                     O 1 y            Judge

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR., whose name is to the grand jury otherwise un-
known, did unlawfully and willfully, in connection with the offer, sale or
purchase of a security, to-wit: Shares of Common Stock issued by All American
Communications Network Incorporated, hereinafter referred to as a "Security",
issued by All American Communications Network Incorporated, a Corporation, did
directly or indirectly make an untrue statement of a material fact or omitted
to state a material fact necessary in order to make the statement(s) made, in
the light of the circumstances under which they were made, not misleading,
when the said THOMAS ANDERSON BOWDOIN, JR. represented to or omitted to state
to Ted Sartin or other persons within Jefferson County, Alabama, one or more
of the following: that the funds invested would be used, in whole or part, to
install a "company owned Mod-Spectrum" mobile telephone system in Atlanta,
Georgia; that there was virtually no limit to the number of customers that a
"Mod-Spectrum" mobile telephone system could service; that the company was not
aware of any material pending or threatened litigation affecting the company
or its assets; that Mobile International, Inc., a corporation, had developed
the "Mod-Spectrum" mobile telephone service, which was a low cost alternative
to cellular mobile telephone services; that the "Mod-Spectrum" mobile tele-
phone system would be upgraded to a digital system; that neither Mobile Inter-
national, Inc., nor All American Communications Network, Inc., had a 450 to
470 megahertz license from the Federal Communications Commission to operate
the "Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that proceeds
from the sale of these securities would be used to make full and/or partial
refunds to investors in earlier projects which had been sold by American
Cellfone, Inc., a corporation, a predecessor to Mobile International, Inc. and
All American Communications Network, Inc., in violation of Section 8-6-17(2)
of the Code of Alabama, 1975, against the peace and dignity of the State of
Alabama,

*David Barbe*

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

JUDGE

---

GJ NO. 38851   CHARGE: FR UNDER SEC ACT   JCID:  237880
WARRANT:  222064   OFFENSE CODE:  26991021  NCIC:  2699

D. A. — 46

JEFFERSONCOUNTY-00029

DECEMbER  SESSION  1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of __16__ Grand Jurors and filed in
open court by order of the Court, on this the
__6th__ day of __December__,
19 96 .

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____

Deputy Sheriff

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | AFFIDAVIT / WARRANT | CASE NUMBER |
|---|---|---|
| FORM DC - 6J     7/89 | 5 ApSS | 96 6252 — ID / YR / NUMBER |

IN THE DISTRICT COURT OF JEFFERSON COUNTY

THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR

**AGENCY:** STATE SECURITY CO   **WARRANT NO.** 222064
**OCA:** AS930036   **JCID NO.** 237880

**SHERIFF'S INFORMATION:**
SEX: MALE   EYE: GREEN   SKIN:   NEAR 62 YEARS OLD
RACE: WHITE   HAIR: BROWN   WEIGHT ABOUT 185 LBS.   DOB ABOUT
HEIGHT ABOUT 6 FEET 0 INCHES   EMPLOYER:

ADDRESS: ATLANTA GA   30318

REMARKS: AKA

**COMPLAINT:**
PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY  BORG, JOSEPH P   WHO BEING DULY SWORN, SAYS THAT
  BOWDOIN, THOMAS ANDERSON JR   WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID UNLAWFULLY AND WILLFULLY, IN CONNECTION WITH THE OFFER, SALE OR PURCHASE OF A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORP. HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORP. A CORP., DID DIRECTLY OR INDIRECTLY MAKE AN UNTRUE STATEMENT OF A MATERIAL FACT OR OMITTED TO STATE A MATERIAL FACT NECESSARY IN ORDER TO MAKE THE STATEMENT(S) MADE, IN THE  LIGHT OF THE CIRCUMSTANCES UNDER WHICH THEY WERE MADE, NOT MISLEADING, WHEN THE SAID THOMAS ANDERSON BOWDOIN JR REPRESENTED TO OR OMITTED TO STATE TO TED SARTIN  OR OTHER PERSONS WITHIN JEFFERSON COUNTY, ALABAMA ONE OR MORE OF THE FOLLOWING:THAT MOBILE INTL INC. HAD DEVELOPED  A LOW COST ALTERNATIVE TO CELLULAR MOBILE PHONE SERVICE IN VIOLATION OF SEC 8-6-17(2) CODE OF ALA 1975,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS 11 DAY OF  APRIL , 19 96

MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY    AFFIANT

TO ANY LAWFUL OFFICER OF SAID STATE,
YOU ARE HEREBY COMMANDED TO ARREST   BOWDOIN, THOMAS ANDERSON JR   AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF  FRAUD UNDER SECURITIES ACT-SEC 8-6-17(2)
PREFERRED BY BORG, JOSEPH P   WITNESS MY HAND THIS 11 DAY OF  APRIL , 19 96

OFFENSE CODE  26991021   MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**
THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF $10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**   BOWERS   /LGLG
AT LARGE

YOUNG, CHRIS   ALA SECURITIES COMM   00000
RECEIPT   EXECUTION

Received In Office:   Executed by Arresting the Within Named Defendant

COURT RECORD   [X] Committed To Jail   [ ] Released on Bond Date:
SHERIFF Jim Woodward BY S. Mosse

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT   CRIMINAL                    CASE: CC 96 006221.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                    JUDGE: MMC
STATE OF ALABAMA                VS    BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006221.00
                                      ATLANTA, GA   30318 0000

DOB:                RACE: W  SEX:   M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU          CODE1: SURS LIT: SELL UNREGISTER  TYPE: F
CHARGE2:                               CODE2:                           TYPE:
CHARGE3:                               CODE3:                           TYPE:
MORE?:      OFFENSE DATE: 03/05/92  AGENCY/OFFICER: ASC     YOUNG

DATE WAR/CAP ISS:                   DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96          DATE    FILED: 12/16/96
DATE    RELEASED:                   DATE  HEARING:
   BOND AMOUNT:        $2,000.00              SURETIES: A & S BOND

DATE 1:          DESC:              TIME:    0000
DATE 2:          DESC:              TIME:    0000
DEF/ATY: Cloud, Earl E Jr           TYPE:                        TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625700    CHK/TICKET NO: 222019        GRAND JURY: 38852
COURT REPORTER                     SID NO: 000237880
DEF STATUS: BOND       DEMAND:                      OPID: LYR

DATE          ACTION, JUDGMENTS, CASE NOTES
     NCIC# 2699 ALSO 96-6215-6225

1-13-97  | SET THIS CASE FOR PRETRIAL
         | HEARING BEFORE JUDGE McCORMICK
         |     3-7-97 AT 1:30 O'CLOCK
         |          JUDGE MIKE McCORMICK

3-7-97   | Pass pre trial   3-21-97    1:30
         |         Jud. McCormick         Cm
                                          3-11

3-21-97  | SET THIS CASE FOR TRIAL BEFORE
         | JUDGE McCORMICK ON 10-27-97
         |     AT 9:00 A.M.
         |                                  Cm
         |         JUDGE McCORMICK          3/28

10/2/97  | Subp Issue d

ACS0369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 96 006221.00
JUDGE ID:   MMC

STATE  OF  ALABAMA                    VS       BOWDOIN THOMAS ANDERSON J

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 10-27-97 | *By recommendation of the DA's office, this case is Not Proved* |

ACS0J70  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL                    CASE: DC 96 006257.00

IN THE DISTRICT COURT OF JEFFERSON COUNTY                    JUDGE: DLJ
STATE OF ALABAMA                 VS    BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006257.00
                               ATLANTA, GA  30318 0000

DOB:            RACE: W  SEX: M      HT: 6 00  WT: 185  HR: BRO  EYE: GRN
SSN:            ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU        CODE1: SURS LIT: SELL UNREGISTER  TYPE: F
CHARGE2:                             CODE2:                           TYPE:
CHARGE3:                             CODE3:                           TYPE:
MORE?:        OFFENSE DATE:          AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                    DATE ARRESTED: 06/05/96
DATE    INDICTED:                    DATE   FILED: 06/06/96
DATE    RELEASED: 06/05/96           DATE HEARING:
        BOND AMOUNT:  $2,000.00              SURETIES: A & S BOND

DATE 1: 06/24/96 DESC: CALL          TIME: 1000 A
DATE 2:          DESC:               TIME: 0000

DEF/ATY:                             TYPE:                    TYPE:
PROSECUTOR:

OTH CSE:                    CHK/TICKET NO: 222019       GRAND JURY:
COURT REPORTER             SID NO: 000237880
DEF STATUS: BOND           DEMAND:                      OPID: JUC

     DATE         ACTION, JUDGMENTS, CASE NOTES
        OTHERS 96-6248 - 6259

**JUN 24 1996**
        Case passed to 7-29-96 at 2:00 P m. Reissue   O. J. 1.Dell

6-25-96    3   **SUBPOENAS ISSUED**

7-24-96    NOTIFY SENDER OF NEW ADDRESS
           BOWDOIN'T ANDERSON JR
           478 E ALTAMONTE DR #106-243   6/17
           ALTAMONTE SPRINGS FL 32701-4615

**JUL 29 1996**
        Defendant waives preliminary examination.
        Ordered that defendant be bound over to
        the circuit court to await the action of
        the grand jury. (Bond fixed at $ 2000 )
        (no bond allowed). Recommendation Deputy
        Solicitor    malcey
                O. J              Judge

JEFFERSONCOUNTY-00034

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR.,   , whose name is to the grand jury otherwise unknown, did, contrary to law, either directly or indirectly, make or cause to be made offers and/or sales of an unregistered security, to-wit: shares of Common Stock issued by All American Communications Network Incorporated, hereinafter referred to as a "Security"; within Jefferson County, State of Alabama, for the purpose of inducing or securing sales of a security issued by All American Communications Network Incorporated, a corporation, , to Francis Lavecchia or other persons within Jefferson County, State of Alabama, when said security had not then been registered and recorded in the register of the Alabama Securities Commission, in violation of Section 8-6-4 of the Code of Alabama, 1975,against the peace and dignity of the State of Alabama.

_David Barber_
DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

_____
JUDGE

GJ NO:  38852  CHARGE:  **SALE UNREG SEC**
JCID: 237880 WARR NO: 222019 OFFENSE CODE: 26990121 NCIC:  2699

D. A. — 46

JEFFERSONCOUNTY-00035

DECEMBER SESSION 1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court by the foreman of the Grand Jury, in the presence of ___16___ Grand Jurors and filed in open court by order of the Court on this the ___6th___ day of ___December___, 19_96_.

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment has been served on the defendant herein this the _____ day of _____, 19____.

MELVIN BAILEY, Sheriff

By_____

Deputy Sheriff

| STATE OF ALABAMA<br>UNIFIED JUD. SYSTEM<br><br>FORM DC - 6J         17/89 | AFFIDAVIT / WARRANT<br><br>5 A6 5 | CASE NUMBER<br>96 6257<br>ID   YR   NUMBER |
|---|---|---|

IN THE DISTRICT COURT OF JEFFERSON COUNTY

| THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR | AGENCY:   STATE SECURITY CO<br>OCA:   AS930036 | WARRANT NO.   222019<br>JCID NO.   237005 |
|---|---|---|

| SHERIFF'S<br>INFORMATION: | SEX MALE<br>RACE WHITE<br>HEIGHT ABOUT | EYE GREEN<br>HAIR BROWN<br>6 FEET   0 INCHES | SKIN<br>WEIGHT ABOUT   185   LBS. | NEAR 62<br>DOB ABOUT | YEARS OLD |
|---|---|---|---|---|---|

ADDRESS: _____
ATLANTA GA                30318

EMPLOYER:

REMARKS: AKA

COMPLAINT:

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, II
AND FOR SAID COUNTY   BORG, JOSEPH P                          WHO BEING DULY SWORN, SAYS THAT
    BOWDOIN, THOMAS ANDERSON JR            WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY
DID, CONTRARY TO LAW, EITHER DIRECTLY OR INDIRECTLY, MAKE OR CAUSE TO BE MADE
OFFERS AND/OR SALES OF AN UNREGISTERED SECURITY,  TO-WIT: SHARES OF COMMON
STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
         , HEREINAFTER REFERRED TO AS A "SECURITY"; WITHIN JEFFERSON COUNTY,
STATE OF ALABAMA, FOR THE PURPOSE OF INDUCING OR SECURING SALES OF A SECURITY
ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION   , TO
FRANK LAVECCHIA   OR OTHER PERSONS WITHIN JEFFERSON COUNTY, STATE OF ALABAMA,
WHEN SAID SECURITY  HAD NOT THEN BEEN REGISTERED  AND RECORDED IN THE REGISTER
OF THE ALABAMA SECURITIES COMMISSION, IN VIOLATION OF SECTION 8-6-4 OF THE CODE
OF    ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS   11   DAY OF   APRIL   , 19 96

_Carol Herndon_
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY

_____
AFFIANT

TO ANY LAWFUL OFFICER OF SAID STATE,

YOU ARE HEREBY COMMANDED TO ARREST     BOWDOIN, THOMAS ANDERSON JR        AND BRING HIM OR HER BEFORE
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF
ALABAMA ON A CHARGE OF  SALE OF UNREGISTERED SECURITIES
PREFERRED BY  BORG, JOSEPH P                  WITNESS MY HAND THIS   11   DAY OF   APRIL   , 19 96

OFFENSE CODE   26990121

_Carol Herndon_
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

BOND

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
     $10,000  DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER

_Carol Herndon_
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

| COMMENTS:<br>AT LARGE | BOWERS | /LGLG |
|---|---|---|

| YOUNG, CHRIS | ALA SECURITIES COMM | 00000 |
|---|---|---|
| RECEIPT | | EXECUTION |

Received In Office: _____     Executed by Arresting the Within Named Defendant and

COURT RECORD

☒ Committed To Jail          ☐ Released on Bond Date: _____

SHERIFF _Jim Woodward_   BY _S. Moore_

ACS0376.A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT  CRIMINAL                    CASE: CC 96 006222.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                    JUDGE: MMC
STATE  OF  ALABAMA            VS    BOWDOIN THOMAS ANDERSON J

CASE. CC 96 006222.00
                                    ATLANTA, GA  30318 0000

DOB                RACE: W  SEX:   M      HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN                ALIAS NAMES:

CHARGE1:SECURITIES-UNREGISTE          CODE1: UNSC LIT:SECURITIES-UNRE TYPE:F
CHARGE2:                              CODE2:                          TYPE:
CHARGE3:                              CODE3:                          TYPE:
MORE?:        OFFENSE DATE: 03/05/92  AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:                DATE ARRESTED: 06/05/96
DATE   INDICTED: 12/06/96        DATE   FILED: 12/16/96
DATE   RELEASED:                 DATE  HEARING:
      BOND AMOUNT:   $2,000.00            SURETIES: A & S BOND

DATE 1:        DESC:             TIME:   0000
DATE 2:        DESC:             TIME:   0000
DEF/ATY: Cloud, Earl E. Jr       TYPE:                         TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625000   CHK/TICKET NO: 222061        GRAND JURY: 38853
COURT REPORTER           SID NO: 000237880
DEF STATUS: BOND      DEMAND:                      OPID: LYR

        DATE        ACTION, JUDGMENTS, CASE NOTES
           NCIC# 2699 ALSO 96-6215-6225

1-13-97    SET THIS CASE FOR PRETRIAL
           HEARING BEFORE JUDGE McCORMICK
           3-7-97 AT 1.30 O'CLOCK
                    JUDGE McCORMICK

3-7-97     Pass pretrial  3-21-97  1:30
                                            Cm
                                            3-14

3-21-97    SET THIS CASE FOR TRIAL BEFORE
           JUDGE McCORMICK ON 10-27-97
           AT 9:00 A.M.
                    JUDGE McCORMICK        Cm
                                           3/27

10/2/97    Subp Issued

10-27-97   By recommendation of the DA offer idea
           Case is Nol-Prossed
                        m1089

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT  CRIMINAL        CASE: DC 96 006250.00

JUDGE: OLJ

IN THE DISTRICT COURT OF   JEFFERSON   COUNTY
STATE  OF  ALABAMA                  VS      BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006250.00

ATLANTA, GA  30318 0000

DOB:                 RACE: W  SEX:     M        HT:   6 00   WT: 185   HR:   BRO   EYE: GRN
SSN:                 ALIAS NAMES:

CHARGE1: SECURITIES-UNREGISTE            CODE1: UNSC LIT: SECURITIES-UNRE  TYPE: F
CHARGE2:                                 CODE2:                            TYPE:
CHARGE3:                                 CODE3:                            TYPE:
MORE?:        OFFENSE DATE:           AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                 DATE  ARRESTED: 06/05/96
DATE   INDICTED:                  DATE    FILED: 06/06/96
DATE   RELEASED: 06/05/96         DATE  HEARING:
       BOND AMOUNT:     $2,000.00            SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:    CALL      TIME:   1000 A
DATE 2:          DESC:              TIME:   0000

DEF/ATY:                            TYPE:                           TYPE:
PROSECUTOR:

OTH CSE:                CHK/TICKET NO: 222061            GRAND JURY:
COURT REPORTER                SID NO: 000237880
DEF STATUS: BOND           DEMAND:                      OPID:  JUC

DATE            ACTION, JUDGMENTS, CASE NOTES
       OTHERS 96-6248 - 6259

JUN 24 1996

Case passed to  7-28-96  at  200?  on Release    O.T.J.M

6-25-96 :   3   SUBPOENAS ISSUED

7-24-96    BOWDION  SUBIBIRST 1973 V8611/78
           NOTIFY SENDER OF NEW ADDRESS
           BOWDOIN T ANDERSON JR
           478 E ALTAMONTE DR #108-243
           ALTAMONTE SPRINGS FL 32701-4615

                              6-17-96

JUL 29 1996

           Defendant waives preliminary examination.
           Ordered that defendant be bound over to
           the circuit court to await the action of
           the grand jury. (Bond fixed at $ 2000 )
           (No bond allowed) Recommendation Deputy
           Solicitor  Malone

                      O.T.J  Judge

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR.   , whose name is to the grand jury otherwise unknown, did, contrary to law, without first having been registered as a salesman in the office of the State Securities Commission of Alabama, sell or offer to sell, within Jefferson County, State of Alabama, a security, to-wit: shares of Common Stock issued by All American Communications Network Incorporated, hereinafter referred to as a "Security", issued by All American Communications Network Incorporated, a corporation , to Francis Lavecchia or other persons within Jefferson County, State of Alabama, in violation of Section 8-6-3 of the Code of Alabama, 1975,against the peace and dignity of the State of Alabama.

*David Barber*
DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

*J Hand*
JUDGE

GJ NO:  38853  CHARGE:  **SALE SEC UNREG AGENT**
JCID: 237880 WARR NO: 222061 OFFENSE CODE: 26990111 NCIC:  2699

D. A. — 46

**DECEMBER   SESSION   1996**

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of _16_ Grand Jurors and filed in
open court by order of the Court on this the
_6+5_ day of _December_,
19_96_.

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

                    **MELVIN BAILEY, Sheriff**

By_____
            Deputy Sheriff

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | AFFIDAVIT / WARRANT | CASE NUMBER |
|---|---|---|
| FORM DC - 6J          7/89 | S APS S | 96 6250 |
|  |  | ID   YR   NUMBER |

**IN THE DISTRICT COURT OF JEFFERSON COUNTY**

| THE STATE VS.  BOWDOIN, THOMAS ANDERSON JR | **AGENCY:** STATE SECURITY CO | **WARRANT NO.** 222061 |
|---|---|---|
|  | **OCA:** AS930036 | **JCID NO.** 237880 |

**SHERIFF'S INFORMATION:**

SEX MALE   EYE GREEN   SKIN   NEAR 62 YEARS OLD
RACE WHITE   HAIR BROWN   WEIGHT ABOUT 185 LBS.   DOB ABOUT ▮▮▮▮
HEIGHT ABOUT 6 FEET 0 INCHES   SSN ▮▮▮▮

ADDRESS: ▮▮▮▮
ATLANTA GA          30318
EMPLOYER:

REMARKS: AKA

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY BORG, JOSEPH P                           WHO BEING DULY SWORN, SAYS THAT
BOWDOIN, THOMAS ANDERSON JR                 WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID, CONTRARY TO LAW, WITHOUT FIRST HAVING BEEN REGISTERED AS A SALESMAN IN THE OFFICE OF THE STATE SECURITIES COMMISSION OF ALABAMA, SELL OR OFFER TO SELL, WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
, HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION, TO FRANK LAVECCHIA OR OTHER PERSONS WITHIN   JEFFERSON COUNTY, STATE OF ALABAMA, IN VIOLATION OF SECTION 8-6-3 OF THE CODE  OF ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS   11   DAY OF   APRIL   , 19 96

_____   _____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY                                    AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**

YOU ARE HEREBY COMMANDED TO ARREST   BOWDOIN, THOMAS ANDERSON JR   AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF SALE OF SECURITIES BY UNREGISTERED SALESMAN
PREFERRED BY BORG, JOSEPH P   WITNESS MY HAND THIS   11 DAY OF   APRIL   , 19 96

OFFENSE CODE   26990111   _____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
$10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.
_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:** BOWERS   /LGLG
AT LARGE

| YOUNG, CHRIS | ALA SECURITIES COMM | 00000 |
|---|---|---|
| **RECEIPT** |  | **EXECUTION** |

Received In Office:          Executed by Arresting the Within Named Defendant and

**COURT RECORD**    [X] Committed To Jail          [ ] Released on Bond Date: _____

SHERIFF Jim Woodward BY S. Moore

AGS037Q  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT  CRIMINAL                    CASE: CC 96 006223.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IN THE CIRCUIT COURT OF  JEFFERSON  COUNTY                    JUDGE: MMC
STATE  OF  ALABAMA                    VS    BOWDOIN THOMAS ANDERSON J
CASE: CC 96 006223.00
                                      ATLANTA, GA  30318 0000

DOB:              RACE: W  SEX:    M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                 ALIAS NAMES:

CHARGE1:SECURITIES-UNREGISTE          CODE1:  UNSC LIT:SECURITIES-UNRE TYPE:F
CHARGE2:                              CODE2:                          TYPE:
CHARGE3:                              CODE3:                          TYPE:
MORE?:          OFFENSE DATE: 03/17/92  AGENCY/OFFICER: ASC     YOUNG

DATE WAR/CAP ISS:                     DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96            DATE   FILED: 12/16/96
DATE    RELEASED:                     DATE  HEARING:
   BOND AMOUNT:       $2,000.00                 SURETIES: A & S BOND

DATE 1:          DESC:               TIME:    0000
DATE 2:          DESC:               TIME:    0000
DEF/ATY: *Cloud, Earl E. Jr*          TYPE:                        TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600624900   CHK/TICKET NO: 222060            GRAND JURY: 38854
COURT REPORTER                  SID NO: 000237880
DEF STATUS: BOND     DEMAND:                           OPID: LYR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     DATE           ACTION, JUDGMENTS, CASE NOTES
        NCIC# 2699 ALSO 96-6215-6225


1-13-97   | SET THIS CASE FOR PRETRIAL
          | HEARING BEFORE JUDGE McCORMICK
          | 3-7-97 AT 1:30 P.M. O'CLOCK

                    JUDGE MIKE McCORMICK

3-7-97    | Pass pre-trial   3-21-97   1:30
          |                                    Cm
          |                                    3/6

3-21-97   | SET THIS CASE FOR TRIAL BEFORE
          | JUDGE McCORMICK ON Oct 27, 1997
          | AT 9:00 A.M.
          |                                    Cm
          |                                    3/28
                    JUDGE McCORMICK

10/2/97   | Subp Issued

JEFFERSONCOUNTY-00043

AGS0369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 96 006223.00
JUDGE ID:  MMC

| STATE  OF  ALABAMA | VS | BOWDOIN THOMAS ANDERSON J |

| DATE | ACTION, JUDGMENTS, CASE NOTES |
| --- | --- |
| 10-27-97 | By *recommendation* of the DA, offering the Court is Not *Prosed* |
|  | *w/o sf* |

JEFFERSONCOUNTY-00044

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE:  DC 96 006249.00

IN THE DISTRICT COURT OF  JEFFERSON  COUNTY                    JUDGE: OLJ
STATE  OF  ALABAMA              VS      BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006249.00
                              ATLANTA, GA  30318 0000

DOB:  ████████       RACE: W  SEX:  M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SECURITIES-UNREGISTE          CODE1:  UNSC LIT SECURITIES-UNRE  TYPE:F
CHARGE2:                               CODE2:                           TYPE:
CHARGE3:                               CODE3:                           TYPE:
MORE?:        OFFENSE DATE:            AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                      DATE  ARRESTED: 06/05/96
DATE    INDICTED:                      DATE    FILED: 06/06/96
DATE    RELEASED:  06/05/96            DATE  HEARING:
     BOND AMOUNT:       $2,000.00               SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:   CALL          TIME:   1000 A
DATE 2:          DESC:                 TIME:   0000

DEF/ATY:                               TYPE:                           TYPE:
PROSECUTOR:

OTH CSE:                    CHK/TICKET NO: 222060              GRAND JURY:
COURT REPORTER                  SID NO: 000237880
DEF STATUS: BOND            DEMAND:                           OPID:  JUC

    DATE              ACTION, JUDGMENTS, CASE NOTES
       OTHERS 96-6248 - 6259

JUN 24 1996          Case passed to  7-29-96  at 2 00 P m. Release        O. 1. ___

6-25-96        3     SUBPOENAS ISSUED

JUL 29 1996

                Defendant waives preliminary examination.
                Ordered that defendant be bound over to
                the circuit court to await the action of
                the grand jury. (Bond fixed at $ 2000 )
                (No bond allowed). Recommendation Deputy
                Solicitor   Waiver
                         O. 1. _____ Judge

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR.,    , whose name is to the grand jury otherwise

unknown, did, contrary to law, without first having been registered as a

salesman in the office of the State Securities Commission of Alabama, sell or

offer to sell, within Jefferson County, State of Alabama, a security, to-wit:

shares of Common Stock issued by All American Communications Network Incorpo-

rated, hereinafter referred to as a "Security", issued by All American Commu-

nications Network Incorporated, a corporation , to Alastair J. Muir-Taylor or

other persons within Jefferson County, State of Alabama, in violation of

Section 8-6-3 of the Code of Alabama, 1975, against the peace and dignity of

the State of Alabama.

*David Barber*

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

*J. Hand*

JUDGE

GJ NO:  38854  CHARGE:  **SALE SEC UNREG AGENT**
JCID: 237880 WARR NO: 222060 OFFENSE CODE: 26990111 NCIC:  2699

D. A. — 46

JEFFERSONCOUNTY-00046

DECEMBER ~~SESSION 1996~~

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of __16__ Grand Jurors and filed in
open court, by order of the Court on this the
__6th__ day of __December__,
19_46_.

*Pally Conrad*

Clerk.

## INDICTMENT

### No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

                    MELVIN BAILEY, Sheriff

By_____
            Deputy Sheriff

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | AFFIDAVIT / WARRANT | CASE NUMBER |
|---|---|---|

FORM DC - 6J ........ 7488                        S A65         96 6249
                                                  ID  YR   NUMBER

IN THE DISTRICT COURT OF JEFFERSON COUNTY

| | AGENCY: | STATE SECURITY CO | WARRANT NO. | 222060 |
|---|---|---|---|---|
| THE STATE VS. BOWDOIN, THOMAS ANDERSON JR | OCA: | AS930036 | JCID NO. | 237880 |

| SHERIFF'S INFORMATION: | SEX MALE | EYE GREEN | SKIN | NEAR 62 YEARS OLD |
|---|---|---|---|---|
| | RACE WHITE | HAIR BROWN | WEIGHT ABOUT 185 LBS. | DOB ABOUT |
| | HEIGHT ABOUT | 6 FEET 0 INCHES | SSN | |
| ADDRESS: | | | EMPLOYER: | |
| | ATLANTA GA | 30318 | | |
| REMARKS: | AKA | | | |

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY  BORG, JOSEPH P                         WHO BEING DULY SWORN, SAYS THAT
     BOWDOIN, THOMAS ANDERSON JR                   WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY
DID, CONTRARY TO LAW, WITHOUT FIRST HAVING BEEN REGISTERED AS A SALESMAN IN THE
OFFICE OF THE STATE SECURITIES COMMISSION OF ALABAMA, SELL OR OFFER TO SELL,
WITHIN JEFFERSON COUNTY, STATE OF ALABAMA, A SECURITY, TO-WIT: SHARES OF COMMON
STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
                  , HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY
ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED A CORPORATION, TO ALASTAIR J
TAYLOR OR OTHER PERSONS WITHIN    JEFFERSON COUNTY, STATE OF ALABAMA, IN
VIOLATION OF SECTION 8-6-3 OF THE CODE   OF ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS  11  DAY OF   APRIL   , 19 96

_____                              _____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY                    AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**

YOU ARE HEREBY COMMANDED TO ARREST    BOWDOIN, THOMAS ANDERSON JR    AND BRING HIM OR HER BEFORE
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF
ALABAMA ON A CHARGE OF  SALE OF SECURITIES BY UNREGISTERED SALESMAN
PREFERRED BY BORG, JOSEPH P              WITNESS MY HAND THIS  11  DAY OF   APRIL   , 19 96

OFFENSE CODE   26990111                    _____
                                          MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
   $10,000  DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER

                                          _____
                                          MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

| **COMMENTS:** AT LARGE | BOWERS | /LGLG |
|---|---|---|
| YOUNG, CHRIS | ALA SECURITIES COMM | 00000 |
| RECEIPT | EXECUTION | |
| Received In Office: | Executed by Arresting the Within Named Defendant and | |
| **COURT RECORD** | [X] Committed To Jail | [ ] Released on Bond Date: _____ |
| | SHERIFF Jim Woodward BY S. Moore | |

AC50370  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT  CRIMINAL                           CASE: CC 96 006224.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                    JUDGE: MMC
STATE OF ALABAMA              VS   BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006224.00
                              ATLANTA, GA  30318 0000

DOB:            RACE: W  SEX:   M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:            ALIAS NAMES:

CHARGE1:SALE SECURITIES UNTR        CODE1: SSUS LIT:SALE SECURITIES TYPE:F
CHARGE2:                            CODE2:                         TYPE:
CHARGE3:                            CODE3:                         TYPE:
MORE?:       OFFENSE DATE: 03/17/92 AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:                   DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96          DATE    FILED: 12/16/96
DATE    RELEASED:                   DATE  HEARING:
    BOND AMOUNT:       $2,000.00              SURETIES: A & S BOND

DATE 1:          DESC:              TIME:   0000
DATE 2:          DESC:              TIME:   0000
DEF/ATY: Cloud Earl E. Jr          TYPE:                        TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625300     CHK/TICKET NO: 222068       GRAND JURY: 38855
COURT REPORTER            SID NO: 000237860
DEF STATUS: BOND        DEMAND:                     OPID: LYR

     DATE         ACTION, JUDGMENTS, CASE NOTES
          NCIC# 2699 ALSO 96-6215-6225

1-13-97    SET THIS CASE FOR PRETRIAL
           HEARING BEFORE JUDGE McCORMICK
           3-7-97   1.30 PM
                    JUDGE MIKE McCORMIC

3-7-97     Pass pretrial 3-21-97  1:30
                    Jud. McCormick              Cm
                                                3/1/

3-31-97    SET THIS CASE FOR TRIAL BEFORE
           JUDGE McCORMICK ON  00122, 1997
           AT 9:00 A.M.                         Cm
                    JUDGE McCORMICK             3/2p

10/2/97    Subp issued
02797  By ___ of the Da Atty
       the case is Nol Pross
                    w1/0-89

ACS0370  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 96 006253.00

IN THE DISTRICT COURT OF  JEFFERSON  COUNTY                    JUDGE: OLJ
STATE  OF  ALABAMA                    VS    BOWDOIN THOMAS ANDERSON J
CASE: DC 96 006253.00
                                      ATLANTA, GA  30318 0000

DOB: ▮▮▮▮▮      RACE: W  SEX:    M        HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:            ALIAS NAMES:

CHARGE1: SALE SECURITIES UNTR         CODE1:  SSUS LIT: SALE SECURITIES  TYPE: F
CHARGE2:                              CODE2:                             TYPE:
CHARGE3:                              CODE3:                             TYPE:
MORE?:        OFFENSE DATE:           AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                     DATE ARRESTED: 06/05/96
DATE    INDICTED:                     DATE    FILED: 06/06/96
DATE    RELEASED:  06/05/96           DATE  HEARING:
        BOND AMOUNT:      $2,000.00              SURETIES: A & S BOND

DATE 1: 06/24/96  DESC:  CALL         TIME:   1000 A
DATE 2:           DESC:               TIME:   0000

DEF/ATY:                              TYPE:                              TYPE:
PROSECUTOR:

OTH CSE:                    CHK/TICKET NO: 222068        GRAND JURY:
COURT REPORTER                  SID NO: 000237880
DEF STATUS: BOND            DEMAND:                      OPID:  JUC

    DATE          ACTION, JUDGMENTS, CASE NOTES
        OTHERS 96-6248 - 6259

**JUN 24 1996**

        Case passed to  2-29-96  at  200 P  m. Reissue        O. 1 / ny

6-25-96      3    **SUBPOENAS ISSUED**

7-18-96      BOWD0103  303181331  1373 02/11/76
             NOTIFY SENDER OF NEW ADDRESS
             BOWDOIN'T ANDERSON JR
             478 E ALTAMONTE DR #108-249
             ALTAMONTE SPRINGS FL 32701-4615

**JUL 29 1996**

             Defendant waives preliminary examination.
             Ordered that defendant be bound over to
             the circuit court to await the action of
             the grand jury. (Bond fixed at $ 2000 )
             (No bond allowed). Recommendation Deputy
             Solicitor ____Maloney____
                      ____O. 1 /____ Judge

# INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR., whose name is to the grand jury otherwise un-known, did unlawfully and willfully, in connection with the offer, sale or purchase of a security, to-wit: Shares of Common Stock issued by All American Communications Network Incorporated, hereinafter referred to as a "Security", issued by All American Communications Network Incorporated, a Corporation, did directly or indirectly make an untrue statement of a material fact or omitted to state a material fact necessary in order to make the statement(s) made, in the light of the circumstances under which they were made, not misleading, when the said THOMAS ANDERSON BOWDOIN, JR. represented to or omitted to state to Alastair J. Muir-Taylor or other persons within Jefferson County, Alabama, one or more of the following: that the funds invested would be used, in whole or part, to install a "company owned Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that there was virtually no limit to the number of customers that a "Mod-Spectrum" mobile telephone system could service; that the company was not aware of any material pending or threatened litigation affecting the company or its assets; that Mobile International, Inc., a corporation, had developed the "Mod-Spectrum" mobile telephone service, which was a low cost alternative to cellular mobile telephone services; that the "Mod-Spectrum" mobile telephone system would be upgraded to a digital system; that neither Mobile International, Inc., nor All American Communications Network, Inc., had a 450 to 470 megahertz license from the Federal Communications Commission to operate the "Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that proceeds from the sale of these securities would be used to make full and/or partial refunds to investors in earlier projects which had been sold by Ameri-can Cellfone, Inc., a corporation, a predecessor to Mobile International, Inc. and All American Communications Network, Inc., in violation of Section 8-6-17(2) of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama,

*David Barber*

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

_____ JUDGE

GJ NO. 38855   CHARGE: FR UNDER SEC ACT   JCID: 237880
WARRANT: 222068   OFFENSE CODE: 26991021   NCIC: 2699

D. A. — 46

## DECEMBER SESSION 1996

## A TRUE BILL

_Sarah Johnson_

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of _16_ Grand Jurors and filed in
open court by order of the Court on this the
_6th_ day of _December_ ,
19 _96_.

_Polly Conradi_

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____
Deputy Sheriff

| STATE OF ALABAMA<br>UNIFIED JUD. SYSTEM<br>FORM DC - 6J          7/89 | AFFIDAVIT / WARRANT<br>S A P S S | CASE NUMBER<br>96 6253<br>ID   YR   NUMBER |
|---|---|---|

**IN THE DISTRICT COURT OF JEFFERSON COUNTY**

THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR

AGENCY: STATE SECURITY CO   WARRANT NO.   222068
OCA: AS930036   JCID NO.   237880

| SHERIFF'S<br>INFORMATION: | SEX MALE<br>RACE WHITE<br>HEIGHT ABOUT   6 FEET   0 INCHES | EYE GREEN<br>HAIR BROWN | SKIN<br>WEIGHT ABOUT   185   LBS.<br>EMPLOYER: | NEAR 62   YEARS OLD<br>DOB ABOUT<br>SSN |
|---|---|---|---|---|

ADDRESS:　　　　　ATLANTA GA　　　30318

REMARKS:   AKA

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, II
AND FOR SAID COUNTY  BORG, JOSEPH P                                    WHO BEING DULY SWORN, SAYS THA
    BOWDOIN, THOMAS ANDERSON JR                    WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNT
DID UNLAWFULLY AND WILLFULLY, IN CONNECTION WITH THE OFFER, SALE OR PURCHASE OF
A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS
NETWORK INCORP. HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY ALL AMERICAN
COMMUNICATIONS NETWORK INCORP. A CORP., DID DIRECTLY OR INDIRECTLY MAKE AN
UNTRUE STATEMENT OF A MATERIAL FACT OR OMITTED TO STATE A MATERIAL FACT
NECESSARY IN ORDER TO MAKE THE STATEMENT(S) MADE, IN THE  LIGHT OF THE
CIRCUMSTANCES UNDER WHICH THEY WERE MADE, NOT MISLEADING, WHEN THE SAID THOMAS
ANDERSON BOWDOIN JR REPRESENTED TO OR OMITTED TO STATE TO ALASTAIR J TAYLOR OR
OTHER PERSONS WITHIN JEFFERSON COUNTY, ALABAMA ONE OR MORE OF THE FOLLOWING: THAT
MOBILE INTL  INC. HAD DEVELOPED  A LOW COST ALTERNATIVE TO CELLULAR MOBILE PHONE
SERVICE IN  VIOLATION OF SEC 8-6-17(2) CODE OF ALA 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS  11  DAY OF  APRIL  , 19 96

_____   _____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY                              AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**

YOU ARE HEREBY COMMANDED TO ARREST     BOWDOIN, THOMAS ANDERSON JR          AND BRING HIM OR HER BEFOR
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE O
ALABAMA ON A CHARGE OF  FRAUD UNDER SECURITIES ACT--SEC 8-6-17(2)
PREFERRED BY  BORG, JOSEPH P          WITNESS MY HAND THIS  11 DAY OF  APRIL  , 19 96

OFFENSE CODE   26991021                _____
                                       MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM O
   $10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.
                                       _____
                                       MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**                    BOWERS          /LBSF
   AT LARGE

| YOUNG, CHRIS | ALA SECURITIES COMM | 00000 |
|---|---|---|
| RECEIPT | | EXECUTION |

Received In Office:          Executed by Arresting the Within Named Defendant and

COURT RECORD          ☒ Committed To Jail          ☐ Released on Bond Date: _____

SHERIFF  Jim Woodward  BY  S. Moore

JEFFERSONCOUNTY-00053

ACS0370  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT  CRIMINAL                    CASE: CC 96 006225.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY                    JUDGE: MMC
STATE  OF  ALABAMA                VS    BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006225.00
                                        ATLANTA, GA  30318 0000

DOB:                RACE: W  SEX:   M      HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU          CODE1:  SURS LIT: SELL UNREGISTER TYPE: F
CHARGE2:                               CODE2:                         TYPE:
CHARGE3:                               CODE3:                         TYPE:
MORE?:        OFFENSE DATE: 03/17/92  AGENCY/OFFICER: ASC    YOUNG

DATE WAR/CAP ISS:                 DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96        DATE    FILED: 12/16/96
DATE    RELEASED:                 DATE  HEARING:
    BOND AMOUNT:      $2,000.00            SURETIES: A & S BOND

DATE 1:          DESC:              TIME:   0000
DATE 2.          DESC:              TIME:   0000

DEF/ATY:                           TYPE.                       TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625900    CHK/TICKET NO: 222016          GRAND JURY: 38856
COURT REPORTER              SID NO: 000237880
DEF STATUS: BOND        DEMAND:                       OPID: LYR

DATE        ACTION, JUDGMENTS, CASE NOTES
      NCIC# 2699 ALSO 96-6215-6225

1-13-97
          SET THIS CASE FOR PRETRIAL
          HEARING BEFORE JUDGE McCORMICK
          3-7-97 AT 1:30 PM O'CLOCK
                        JUDGE MIKE McCORMICK

3-7-97    Bass pretrial 321-97  1:30
                    Jo - McCormic!

3-21-97
          SET THIS CASE FOR TRIAL BEFORE
          JUDGE McCORMICK ON 10-27-97
          AT 9:00 A.M.
                                    Cm
                                    3/28
                    JUDGE McCORMICK

10/2/97   Subp Issued
10-27-97  By recommendation of the 100- officer, this
          set in Nol - Pros
                    WW1089

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL      CASE: DC 96 006259.00

IN THE DISTRICT COURT OF JEFFERSON COUNTY              JUDGE: DLJ
STATE OF ALABAMA                VS    BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006259.00

ATLANTA, GA   30318 0000

DOB:               RACE: W  SEX:    M       HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:               ALIAS NAMES:

CHARGE1: SELL UNREGISTER SECU        CODE1: SURS LIT: SELL UNREGISTER TYPE:F
CHARGE2:                             CODE2:                            TYPE:
CHARGE3:                             CODE3:                            TYPE:
MORE?:       OFFENSE DATE:           AGENCY/OFFICER: 0010000 YOUNG

DATE WAR/CAP ISS:                    DATE ARRESTED: 06/05/96
DATE    INDICTED:                    DATE    FILED: 06/06/96
DATE    RELEASED: 06/05/96           DATE  HEARING:
     BOND AMOUNT:     $2,000.00          SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL         TIME:  1000 A
DATE 2:          DESC:               TIME:  0000

DEF/ATY:                             TYPE:                        TYPE:
PROSECUTOR:

OTH CSE:                CHK/TICKET NO: 222016          GRAND JURY:
COURT REPORTER                 SID NO: 000237880
DEF STATUS: BOND        DEMAND:                        OPID: JUC

DATE          ACTION, JUDGMENTS, CASE NOTES
   OTHERS 96-6248 - 6259

**JUN 24 1996**

                7-29-96    2⁰⁰ P  m. Reissue        6 7. J. M

6-25-96    3    SUBPOENAS ISSUED

7-24-96    BOWD165   303161531 1895 06/11/96
           NOTIFY SENDER OF NEW ADDRESS
           BOWDOIN'T ANDERSON JR
           478 E ALTAMONTE DR #100-243
           ALTAMONTE SPRINGS FL 32701-4615

**JUL 29 1996**

           Defendant waives preliminary examination.
           Ordered that defendant be bound over to
           the circuit court to await the action of
           the grand jury. (Bond fixed at $ 2000 )
           (No bond allowed). Recommendation Deputy
           Solicitor
                                    Judge

JEFFERSONCOUNTY-00055

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS  ANDERSON  BOWDOIN, JR.,    , whose name is to the grand  jury  otherwise

unknown, did, contrary to law, either directly or indirectly, make or cause to

be  made  offers and/or sales of an unregistered security, to-wit:  shares  of

Common  Stock  issued by All American  Communications  Network  Incorporated,,

hereinafter  referred ˙to as a "Security"; within Jefferson County,  State  of

Alabama, for the purpose of inducing or securing sales of a security issued by

All American Communications Network Incorporated, a corporation , to  Alastair

J.  Muir-Taylor  or other persons within Jefferson County, State  of  Alabama,

when  said security had not then been registered and recorded in the  register

of  the  Alabama Securities Commission, in violation of Section 8-6-4  of  the

Code of Alabama, 1975,against the peace and dignity of the State of Alabama.

_____
DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

_____
                    JUDGE

GJ NO:   38856   CHARGE:   SALE UNREG SEC
JCID: 237880 WARR NO: 222016 OFFENSE CODE: 26990121 NCIC:   2699

D. A. — 46

DECEMBER    SESSION    1996

## A TRUE BILL

*Sarah Johnson*

Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the pres-
ence of __16__ Grand Jurors and filed in
open court by order of the Court on this the
__6th__ day of __December__,
19_96_.

*Polly Conrad*

Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19___.

MELVIN BAILEY, Sheriff

By_____

Deputy Sheriff

JEFFERSONCOUNTY-00057

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | **AFFIDAVIT / WARRANT** | CASE NUMBER |
|---|---|---|
| FORM DC - 6J          7/89 | 5 A55 | 96 6259  ID   YR   NUMBER |

IN THE DISTRICT COURT OF JEFFERSON COUNTY

| | AGENCY: STATE SECURITY CO | WARRANT NO. 222016 |
|---|---|---|
| THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR | OCA: AS930036 | JCID NO. 237880 237880 |

**SHERIFF'S INFORMATION:**

SEX MALE  EYE GREEN  SKIN  NEAR 62 YEARS OLD
RACE WHITE  HAIR BROWN  WEIGHT ABOUT 185 LBS.  DOB ABOUT
HEIGHT ABOUT 6 FEET 0 INCHES

ADDRESS:  
ATLANTA GA  30318  EMPLOYER:

REMARKS: AKA

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY BORG, JOSEPH P       WHO BEING DULY SWORN, SAYS THAT
BOWDOIN, THOMAS ANDERSON JR       WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY
DID, CONTRARY TO LAW, EITHER DIRECTLY OR INDIRECTLY, MAKE OR CAUSE TO BE MADE
OFFERS AND/OR SALES OF AN UNREGISTERED SECURITY,  TO-WIT: SHARES OF COMMON
STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORPORATED
HEREINAFTER REFERRED TO AS A "SECURITY"; WITHIN JEFFERSON COUNTY, STATE OF
ALABAMA, FOR THE PURPOSE OF INDUCING OR SECURING SALES OF A SECURITY ISSUED BY ,
AN INDIVIDUAL, TO  ALASTAIR J TAYLOR  OR OTHER PERSONS WITHIN JEFFERSON COUNTY,
STATE OF ALABAMA, WHEN SAID SECURITY HAD NOT THEN BEEN REGISTERED  AND RECORDED
IN THE REGISTER OF THE ALABAMA SECURITIES COMMISSION,
IN VIOLATION OF SECTION 8-6-4 OF THE CODE OF ALABAMA, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS   11 DAY OF   APRIL   , 19 96

_____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY

_____
AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**
YOU ARE HEREBY COMMANDED TO ARREST       BOWDOIN, THOMAS ANDERSON JR       AND BRING HIM OR HER BEFORE
THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF
ALABAMA ON A CHARGE OF  SALE OF UNREGISTERED SECURITIES
PREFERRED BY BORG, JOSEPH P       WITNESS MY HAND THIS  11 DAY OF  APRIL   , 19 96

OFFENSE CODE  26990121       _____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**
THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
$10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER

_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**       BOWERS       /LGLG
AT LARGE

YOUNG, CHRIS       ALA SECURITIES COMM       00000
RECEIPT       EXECUTION

Received In Office:       Executed by Arresting the Within Named Defendant and

**COURT RECORD**       [X] Committed To Jail       [ ] Released on Bond Date: _____

SHERIFF Jim Woodward BY J. Moore

ACS0370  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CIRCUIT  CRIMINAL        CASE: CC 96 006466.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY            JUDGE: MMC
STATE OF ALABAMA              VS    BOWDOIN THOMAS ANDERSON J

CASE: CC 96 006466.00

                                    ATLANTA, GA  30318 0000

DOB:                RACE: W SEX:   M      HT:  6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: OMMISSION/MISREP SAL        CODE1: OSUA LIT: OMMISSION/MISRE TYPE: F
CHARGE2:                              CODE2:                          TYPE:
CHARGE3:                              CODE3:                          TYPE:
MORE?:         OFFENSE DATE: 03/05/92  AGENCY/OFFICER: ASC     YOUNG

DATE WAR/CAP ISS:                    DATE ARRESTED: 06/05/96
DATE    INDICTED: 12/06/96           DATE    FILED: 12/27/96
DATE    RELEASED:                    DATE  HEARING:
    BOND AMOUNT:      $2,000.00                 SURETIES: A & S BOND

DATE 1:        DESC:              TIME:   0000
DATE 2:        DESC:              TIME:   0000

DEF/ATY:                         TYPE:                          TYPE:
PROSECUTOR: BARBER, M DAVID

OTH CSE: 9600625500    CHK/TICKET NO: 222072           GRAND JURY: 39119
COURT REPORTER                  SID NO: 000237880
DEF STATUS: BOND         DEMAND:                         OPID: LYR

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| | NCIC# 2699 ALSO 96-6215-6225 |

1-13-97   SET THIS CASE FOR PRETRIAL
          HEARING BEFORE JUDGE McCORMICK
          3-7-97 AT 1:30 PM O'CLOCK

          JUDGE MIKE McCORMICK

3-7-97    Pass pre-trial 3-21-97 1:30

                    Ja.. McCormic   Cm
                                    3-7-97

3-21-97   SET THIS CASE FOR TRIAL BEFORE
          JUDGE McCORMICK ON 10-27-97
          AT 9:00 A.M.
                    JUDGE _____ Cm
                                    3/28

10/2/97   Subp Issued

10-27-97 On recommendation of the D.A. this
         case is Not Pressed

                nl 10-89

JEFFERSONCOUNTY-00059

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 96 006255.00

IN THE DISTRICT COURT OF JEFFERSON COUNTY            JUDGE: OLJ
STATE  OF  ALABAMA              VS    BOWDOIN THOMAS ANDERSON J

CASE: DC 96 006255.00

                              ATLANTA,  GA  30318 0000

DOB:                RACE: W SEX:   M        HT:   6 00  WT: 185  HR:  BRO  EYE: GRN
SSN:                ALIAS NAMES:

CHARGE1: SALE SECURITIES UNTR       CODE1:  SSUS LIT: SALE SECURITIES TYPE: F
CHARGE2:                            CODE2:                          TYPE:
CHARGE3:                            CODE3:                          TYPE:
MORE?:       OFFENSE DATE:          AGENCY/OFFICER: AST0044 YOUNG

DATE WAR/CAP ISS:                   DATE ARRESTED: 06/05/96
DATE    INDICTED:                   DATE    FILED: 06/06/96
DATE    RELEASED: 06/05/96          DATE    HEARING:
      BOND AMOUNT:     $2,000.00            SURETIES: A & S BOND

DATE 1: 06/24/96 DESC:  CALL        TIME:    1000 A
DATE 2:          DESC:              TIME:    0000

DEF/ATY:                            TYPE:                          TYPE:
PROSECUTOR:

OTH CSE:                    CHK/TICKET NO: 222072        GRAND JURY:
COURT REPORTER                 SID NO: 000237880
DEF STATUS: BOND            DEMAND:                      OPID: JUC

    DATE        ACTION, JUDGMENTS, CASE NOTES
       OTHERS 96-6248 - 6259

JUN 24 1996

Case passed to 7-23-96 at 2:00 m. Reissue

6-25-96     3     SUBPOENAS ISSUED

7-24-96    NOTIFY SENDER OF NEW ADDRESS
           BOWDOIN'T ANDERSON JR
           478 E ALTAMONTE DR #108-243
           ALTAMONTE SPRINGS FL 327

NOV 19 1996  Defendant bound over to the Circuit Court
             to await the action of the Grand Jury and

                  bond is fixed at $ 2000
                                          , Judge



### INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

THOMAS ANDERSON BOWDOIN, JR., whose name is to the grand jury otherwise un-known, did unlawfully and willfully, in connection with the offer, sale or purchase of a security, to-wit: Shares of Common Stock issued by All American Communications Network Incorporated, hereinafter referred to as a "Security", issued by All American Communications Network Incorporated, a Corporation, did directly or indirectly make an untrue statement of a material fact or omitted to state a material fact necessary in order to make the statement(s) made, in the light of the circumstances under which they were made, not misleading, when the said THOMAS ANDERSON BOWDOIN, JR. represented to or omitted to state to Francis Lavecchia or other persons within Jefferson County, Alabama, one or more of the following: that the funds invested would be used, in whole or part, to install a "company owned Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that there was virtually no limit to the number of customers that a "Mod-Spectrum" mobile telephone system could service; that the company was not aware of any material pending or threatened litigation affecting the company or its assets; that Mobile International, Inc., a corporation, had developed the "Mod-Spectrum" mobile telephone service, which was a low cost alternative to cellular mobile telephone services; that the "Mod-Spectrum" mobile telephone system would be upgraded to a digital system; that neither Mobile International, Inc., nor All American Communications Network, Inc., had a 450 to 470 megahertz license from the Federal Communications Commission to operate the "Mod-Spectrum" mobile telephone system in Atlanta, Georgia; that proceeds from the sale of these securities would be used to make full and/or partial refunds to investors in earlier projects which had been sold by American Cellfone, Inc., a corporation, a predecessor to Mobile International, Inc. and All American Communications Network, Inc., in violation of Section 8-6-17(2) of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama,

_David Barber_

DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO THOUSAND DOLLARS

_J. Hard_

JUDGE

GJ NO. 39119   CHARGE: FR UNDER SEC ACT   JCID: 237880
WARRANT: 222072   OFFENSE CODE: 26991021   NCIC: 2699

D. A. — 46

JEFFERSONCOUNTY-00061

DECEMBER SESSION 1996

## A TRUE BILL

*Sarah Johnson*
Foreman of the Grand Jury

Presented to the presiding Judge in open court
by the foreman of the Grand Jury, in the presence of __16__ Grand Jurors and filed in
open court by order of the Court on this the
__6th__ day of *December*,
19_96_.

*Polly Conrad*
Clerk.

## INDICTMENT

No Prosecutor

I hereby certify that a true copy of this indictment
has been served on the defendant herein this the
_____ day of _____,
19____.

MELVIN BAILEY, Sheriff

By_____
Deputy Sheriff

| STATE OF ALABAMA<br>UNIFIED JUD. SYSTEM<br><br>FORM DC / CJ          7/89 | **AFFIDAVIT / WARRANT**<br><br>S A P S S | CASE NUMBER<br>96 62SS<br>ID   YR   NUMBER |

**IN THE DISTRICT COURT OF JEFFERSON COUNTY**

THE STATE VS.   BOWDOIN, THOMAS ANDERSON JR

AGENCY:   STATE SECURITY CO   WARRANT NO.   222072
OCA:   A5938036   JCID NO.   237800   237880

| SHERIFF'S<br>INFORMATION: | SEX MALE<br>RACE WHITE<br>HEIGHT ABOUT | EYE GREEN<br>HAIR BROWN<br>6 FEET   0 INCHES | SKIN<br>WEIGHT ABOUT   185   LBS.<br>SSN | NEAR   62   YEARS OLD<br>DOB ABOUT |

ADDRESS:
ATLANTA GA   30318

EMPLOYER:

REMARKS:   AKA

**COMPLAINT:**

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY   BORG, JOSEPH P                              WHO BEING DULY SWORN, SAYS THAT
   BOWDOIN, THOMAS ANDERSON JR                    WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY DID UNLAWFULLY AND WILLFULLY, IN CONNECTION WITH THE OFFER, SALE OR PURCHASE OF A SECURITY, TO-WIT: SHARES OF COMMON STOCK ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORP. HEREINAFTER REFERRED TO AS A "SECURITY", ISSUED BY ALL AMERICAN COMMUNICATIONS NETWORK INCORP. A CORP., DID DIRECTLY OR INDIRECTLY MAKE AN UNTRUE STATEMENT OF A MATERIAL FACT OR OMITTED TO STATE A MATERIAL FACT NECESSARY IN ORDER TO MAKE THE STATEMENT(S) MADE, IN THE   LIGHT OF THE CIRCUMSTANCES UNDER WHICH THEY WERE MADE, NOT MISLEADING, WHEN THE SAID THOMAS ANDERSON BOWDOIN JR REPRESENTED TO OR OMITTED TO STATE TO FRANK LAVECCHIA OR OTHER PERSONS WITHIN JEFFERSON COUNTY, ALABAMA ONE OR MORE OF THE FOLLOWING: THAT MOBILE INTL   INC. HAD DEVELOPED   A LOW COST ALTERNATIVE TO CELLULAR MOBILE PHONE SERVICE IN   VIOLATION OF SEC 8-6-17(2) CODE OF ALA 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS   11   DAY OF   APRIL   , 19 96

_____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY

_____
AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**

YOU ARE HEREBY COMMANDED TO ARREST   BOWDOIN, THOMAS ANDERSON JR   AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF FRAUD UNDER SECURITIES ACT-SEC 8-6-17(2)
PREFERRED BY BORG, JOSEPH P   WITNESS MY HAND THIS   11   DAY OF   APRIL   , 19 96

_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

OFFENSE CODE   26991021

**BOND**

THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
$10,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.

_____
MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**
AT LARGE

BOWERS   /LGLG

YOUNG, CHRIS   ALA SECURITIES COMM   00000

| RECEIPT | EXECUTION |
| Received in Office: | Executed by Arresting the Within Named Defendant and |
| **COURT RECORD** | ☑ Committed To Jail   ☐ Released on Bond Date: _____<br>SHERIFF  Jim Woodward  BY  S. Moore |

JEFFERSONCOUNTY-00063