UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case # 10-320-RMC/JMF

THOMAS A. BOWDOIN,

    Defendant.
_____/

**STIPULATED MOTION TO CONTINUE BOND REVIEW HEARING**

    The Government and Defendant, THOMAS A. BOWDOIN, by and through their undersigned counsel, hereby stipulate and move the Court for an order that the Bond Review Hearing set for May 8, 2012 be continued and rescheduled for an acceptable date not earlier than two (2) weeks following May 8, 2012. Counsel for Defendant is undergoing medical testing for a potentially serious medical condition during the time currently set, and may require immediate surgery.

    Signed this 30th day of April, 2012.

| /s/ | /s/ |
|---|---|
| **MICHAEL R.N. McDONNELL** | **SETH B. WAXMAN** |
| Florida Bar No. 0124032 | N.Y. Bar No. 4324638 |
| McDonnell Trial Law | Fraud and Public Corruption Section |
| 5150 Tamiami Trail North | United States Attorney's Office |
| Suite 501, Newgate Tower | 555 4th Street N.W., Rm. 5235 |
| Naples, Florida 34103 | Washington, DC 20530 |
| (239) 434-7711 telephone | (202) 252-7234 telephone |
| Attorney for Respondent | Assistant United States Attorney |